IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ANTHONY WHITAKER and<br>JACQUELINE WILLIAMS, as Surviving<br>Parents of Marquis A. Whitaker, Deceased,<br>and ANTHONY WHITAKER, as<br>Administrator of the Estate of Marquis<br>A. Whitaker,<br><br>    Plaintiffs,<br><br>v.<br><br>KELLOGG BROWN & ROOT, INC.,<br>ESTATE OF QUAISAR KAHN, and<br>HUSSAIN KIZHIKKINAM,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO.: 4:05CV78 |

## DEFENDANT KELLOGG BROWN & ROOT, INC.'S
## MOTION TO DISMISS PURSUANT TO RULE 12(B)

COMES NOW Defendant Kellogg Brown & Root, Inc. ("KBR"), through undersigned counsel, and moves this Court pursuant to Federal Rule of Civil Procedure Rule 12(B) to dismiss all claims asserted by Plaintiffs against KBR on the grounds that they are non-justiciable under the political question doctrine, *Baker v. Carr*, 369 U.S. 186 (1962), as well as preempted by the federal law interpreting the "combatant activities" exception to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. 2680(j); *see Koohi v. United States*, 976 F.3d 1328 (9th Cir. 1992); *Bentzlin v. Hughes Aircraft*, 833 F. Supp. 1486 (C.D. Cal. 1993).

This Motion is based upon and supported by the following:

    (a)    All pleadings filed of record in this case, including all exhibits and attachments thereto;

    (b)    KBR's Memorandum of Law in Support of its Motion to Dismiss Pursuant to Rule 12(B), including all exhibits and attachments thereto.

WHEREFORE, KBR respectfully requests that this Court dismiss all claims asserted by Plaintiffs against KBR in this action; assess Plaintiffs with all costs of this action; and grant KBR such other and further relief as this Court deems just and proper.

This 19th day of October, 2005.

                              MCKENNA LONG & ALDRIDGE LLP

                              /s/ Jonathan R. Friedman
                              Jonathan R. Friedman
                              Georgia Bar No. 277720
                              303 Peachtree Street, Suite 5300
                              Atlanta, Georgia 30308
                              (404) 527-4000
                              jfriedman@mckennalong.com

OF COUNSEL:

Raymond B. Biagini
Kurt J. Hamrock
Lisa M. Norrett
MCKENNA LONG & ALDRIDGE LLP
1900 K Street, NW
Washington, DC 20006
(202) 496-7500

*Attorneys for Defendant*
*Kellogg Brown & Root, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2005, I electronically filed Defendant Kellogg Brown & Root, Inc.'s Motion to Dismiss Pursuant to Rule 12(B) with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorney of record:

> C. Frederick Overby, Esq.
> Overby Law Office, P.C.
> P.O. Box 1975
> Columbus, Georgia 31902

        /s/ Jonathan R. Friedman
        Jonathan R. Friedman