# EXHIBIT B

FM 55-30

By Order of the Secretary of the Army:

**DENNIS J. REIMER**
*General, United States Army*
*Chief of Staff*

Official:

**JOEL B. HUDSON**
*Administrative Assistant to the*
*Secretary of the Army*

**DISTRIBUTION:**

Active Army, USAR, and ARNG: To be distributed in accordance with DA Form 12-11E,
requirements for FM 55-30, Army Motor Transport Units and Operations (Qty rqr block no. 0392)

C1, FM 55-30

*FM 55-30

Field Manual
HEADQUARTERS
55-30
DEPARTMENT OF THE
ARMY

Washington, DC,

ARMY MOTOR TRANSPORT UNITS AND OPERATIONS

TABLE OF CONTENTS

Page

PREFACE ....................................................................................................... v

CHAPTER 1    ORGANIZATIONAL CONCEPTS FOR MOTOR TRANSPORT
OPERATIONS ............................................................................ 1-1
1-1. Motor Transport Organization Concept ................................... 1-1
1-2. Theater Army ........................................................................... 1-2
1-3. Theater Movement Control ...................................................... 1-4
1-4. Corps ........................................................................................ 1-4
1-5. Corps Movement Control .......................................................... 1-5
1-6. Division ..................................................................................... 1-6
1-7. Motor Transport Companies ..................................................... 1-6
1-8. Motor Transport Teams ............................................................ 1-6
1-9. Highway Regulation ................................................................. 1-6
1-10. Equipment ............................................................................... 1-9
1-11. Logistics Civil Augmentation Program .................................... 1-9

CHAPTER 2    UNIT OPERATIONS ................................................................... 2-1
2-1. Battalion Staff and Responsibilities .......................................... 2-1
2-2. Command Section ..................................................................... 2-1
2-3. Primary Staff ............................................................................ 2-2
2-4. Personal Staff (Battalion Chaplain) .......................................... 2-7
2-5. Motor Transport Companies ..................................................... 2-10
2-6. Maintenance Platoon ................................................................ 2-14
2-7. Motor Transport Platoons ......................................................... 2-17

DISTRIBUTION RESTRICTION: Approved for public release; distribution is unlimited.

*This publication supersedes FM 55-30, 14 March 1980.

i

C1, FM 55-30

|  |  | Page |
|---|---|---|
| **CHAPTER 3** | **OPERATIONAL ENVIRONMENT** | 3-1 |
| | 3-1. Threat | 3-1 |
| | 3-2. Operations Security | 3-1 |
| | 3-3. Security and Defense Plans | 3-3 |
| | 3-4. Motor Transport Operations Under Adverse Terrain Conditions | 3-3 |
| | 3-5. Motor Transport Operations Under Adverse Climatic Conditions | 3-5 |
| | 3-6. The Highway Net | 3-11 |
| **CHAPTER 4** | **MOTOR TRANSPORT OPERATIONS** | 4-1 |
| | 4-1. Missions | 4-1 |
| | 4-2. Command Relationships | 4-1 |
| | 4-3. Transportation Support Requirements | 4-2 |
| | 4-4. Principles of Motor Transport Operations | 4-2 |
| | 4-5. Operational Planning | 4-3 |
| | 4-6. Classes of Operation | 4-3 |
| | 4-7. Types of Operations | 4-7 |
| | 4-8. Support to Combat Operations | 4-18 |
| | 4-9. Heavy Equipment Transporter | 4-18 |
| **CHAPTER 5** | **CONVOY CONTROL, ORGANIZATION, AND PLANNING** | 5-1 |
| | 5-1. Planning Factors | 5-1 |
| | 5-2. Convoy Control | 5-1 |
| | 5-3. Convoy Organization | 5-2 |
| | 5-4. Convoy Planning | 5-5 |
| | 5-5. Unit SOP | 5-13 |
| | 5-6. Preparing Vehicles for Convoy | 5-14 |
| | 5-7. Night Convoys | 5-15 |
| | 5-8. Convoy Commander's Report | 5-17 |
| | 5-9. Highway Convoy Operations | 5-17 |
| **CHAPTER 6** | **CONVOY DEFENSE TECHNIQUES** | 6-1 |
| | 6-1. Air Attack | 6-1 |
| | 6-2. Artillery or Indirect Fire | 6-7 |
| | 6-3. Sniper Fire | 6-7 |
| | 6-4. Ambush | 6-8 |
| | 6-5. Nuclear, Biological, or Chemical Attacks | 6-10 |
| **CHAPTER 7** | **UNIT MOTOR PARK** | 7-1 |
| | 7-1. Responsibility | 7-1 |
| | 7-2. Emergency Evacuation | 7-1 |
| | 7-3. Communications | 7-1 |
| | 7-4. Location | 7-1 |
| | 7-5. Traffic Plan | 7-2 |
| | 7-6. Fire Prevention | 7-2 |

**FM 55-30**

7-7.  Security .................................................................................... 7-2
7-8.  Environmental Protection .................................................. 7-3

**Page**

**CHAPTER 8   ORGANIZATION AND OCCUPATION OF THE TRUCK
COMPANY AREA OF OPERATIONS** ...................................... 8-1

8-1. Methods of Selection and Preparation.................................. 8-1
8-2. Basic Area Requirements ................................................. 8-1
8-3. Types of Operating Base Areas ......................................... 8-2
8-4. Reconnaissance and Selection of Positions........................... 8-2
8-5. Two-Party Method........................................................ 8-2
8-6. Reconnaissance, Selection, Occupation Party Method................ 8-5
8-7. Moving the Company..................................................... 8-9
8-8. Operating in an Urban Environment ................................... 8-9

**CHAPTER 9   PREVENTIVE MAINTENANCE** ..................................... 9-1

9-1. Responsibilities........................................................... 9-1
9-2. Maintenance Checklists and References............................... 9-2

**CHAPTER 10  LOADS AND LOADING OPERATIONS**............................. 10-1

10-1. Responsibilities of Unit Personnel.................................... 10-1
10-2. Shipper's Responsibilities ............................................. 10-2
10-3. Cargo Characteristics................................................... 10-2
10-4. Road Conditions ....................................................... 10-3
10-5. Loading Procedures..................................................... 10-3
10-6. Transporting Hazardous Material...................................... 10-4
10-7. Oversize and Overweight Loads ..................................... 10-16
10-8. Cargo Securing Procedures ........................................... 10-17
10-9. Double-Stacking Trailers ............................................. 10-17

**APPENDIX A  EXTRACT OF STANAG 2041 (EDITION 4), OPERATION
ORDERS, TABLES AND GRAPHS FOR ROAD MOVEMENT**..........A-1

**APPENDIX B  EXTRACT OF STANAG 2154 (EDITION 7), REGULATIONS
FOR MILITARY MOTOR VEHICLE MOVEMENT BY ROAD** ........B-1

**APPENDIX C  EXTRACT OF STANAG 2174 (EDITION 4), MILITARY
ROUTES AND ROUTE/ROAD NETWORKS**....................................C-1

**APPENDIX D  EXTRACT OF STANAG 2176 (EDITION 2), PROCEDURES
FOR MILITARY ROAD MOVEMENT ACROSS NATIONAL
FRONTIERS** ...........................................................................D-1

**APPENDIX E  THE AMERICAN TRUCKING ASSOCIATIONS, INC
SUMMARY OF SIZE AND WEIGHT LIMITS**....................................E-1

**APPENDIX F  VEHICLE OPERATIONS IN DIFFICULT TERRAIN**..........................F-1

**APPENDIX G  VEHICLE OPERATIONS IN ADVERSE WEATHER**.........................G-1

FM 55-30

**Page**

APPENDIX H ROADNET EVALUATION.................................................................H-1

APPENDIX I  CONVERSION TABLES ...................................................................I-1

APPENDIX J  ROAD MOVEMENT PLANNING......................................................J-1

APPENDIX K CONTROLLING MOTOR TRANSPORT EQUIPMENT ...................K-1

APPENDIX L  CONTAINER INSPECTION CHECKLIST.........................................L-1

APPENDIX M MOBILIZATION MOVEMENT AND CONTROL..............................M-1

APPENDIX N MILITARY VEHICLE AXLE WEIGHT DISTRIBUTION
            FORMULAS AND PERCENTAGES......................................................N-1

APPENDIX O VEHICLE HARDENING ...................................................................O-1

APPENDIX P  SPECIFICATIONS FOR CONVOY WARNING SIGNS ......................P-1

APPENDIX Q SAMPLE CONVOY BRIEFING.........................................................Q-1

APPENDIX R CONVOY COMMANDER'S REPORT ...............................................R-1

APPENDIX S  COMMUNICATIONS AND COMMUNICATIONS SECURITY.........S-1

APPENDIX T  TRAILER INSPECTION CHECKLIST ...............................................T-1

GLOSSARY....................................................................................................Glossary-1

REFERENCES..............................................................................................References-1

INDEX .................................................................................................................Index-1

iv

FM 55-30

## CHAPTER 1

## ORGANIZATIONAL CONCEPTS FOR MOTOR TRANSPORT OPERATIONS

> Army transportation units must be prepared to support US Armed Forces and their allies in a variety of operational environments, ranging from war to domestic support operations. These operations may be conducted anywhere in the world, and transportation units must be ready to deploy on short notice. Also, they must be prepared to remain after operations terminate to support the redeployment of other combat and support forces. Motor transport is the predominant mode of transportation for the reception, onward movement, and sustainment of forces. Motor transport units must be highly trained, rapidly deployable, and capable of sustaining themselves for a long time. This chapter addresses basic organizational and operational concepts from theater army level down through the division.

**1-1.   MOTOR TRANSPORT ORGANIZATION CONCEPT.**  Motor transport units are at each echelon: theater army, corps, and division. These units--together with other mode operators (water, rail, and air), terminal operators, and movement control units--form the backbone of the theater's transportation capability. Most of the Army's motor transport units are located above division level and are assigned to a transportation battalion (motor transport) or a CSB. Motor transport units are usually assigned to the following headquarters:

- Theater army (COMMZ):
  - Transportation command.
  - Transportation groups.
  - Transportation battalions.
  - Area support groups.

- Corps:
  - Support commands.
  - Support groups.
  - Support battalions.
  - Transportation battalions.

- Division:  Main support battalion.

The Army will fight as part of a joint team. Motor transport units must be prepared to support the inland surface movement requirements of other services or nations and to integrate HN, LOGCAP, or other contract support.  The Army will fight as a total force--active and reserve components and civilians. Army transportation headquarters units must be able to integrate all deployed mode operating units. The objective is a seamless transportation system that supports the movement requirements of the joint force and the Army.

**Table 1-2. Nondivisional TC truck company SRC capability data (continued)**

| TOE | CONTAINERS 40 FT | CONTAINERS 20 FT | GENERAL 40 FT | GENERAL 20 FT | AMMO 40 FT | AMMO 20 FT | BB GEN | BB AMMO | POL GALS/DAY | WATER GALS/DAY | PAX PER LIFT | TRIPS PER DAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LEVEL 3 LINE HAUL** | | | | | | | | | | | | |
| 55719L000 | | 14 | | 93 | | | 287 | 490 | | | 985 | |
| 55727L100/200 | 90 | 181 | 1,393 | 1,169 | | 2,512 | 634 | 1,139 | 677,700 | 412,945 | 2,259 | |
| 55728L100/200 | | 87 | | 561 | | | 415 | | 433,200 | 259,920 | 1,516 | |
| 55728L300 | | | | | | | 1,222 | 1,675 | | | | |
| 55739L100 | | | | | | | | | | | | 69 |
| **LEVEL 3 LOCAL HAUL** | | | | | | | | | | | | |
| 55719L000 | | 29 | | 187 | | | 573 | 981 | | | | |
| 55727L100/200 | 181 | 361 | 2,787 | 2,339 | | 5,024 | 1,269 | 2,279 | 1,355,400 | 825,890 | | |
| 55728L100/200 | | 173 | | 1,121 | | | 830 | | 866,400 | 519,840 | | |
| 55728L300 | | | | | | | 1,222 | 3,350 | | | | |
| 55739L100 | | | | | | | | | | | | NA |

Notes:
1. The data in the cells for each SRC represent exclusive capability. For example, the Level 1 line haul capability for 55727L200 is 105 forty-foot containers per day or 210 twenty-foot containers per day or an intermediate value reflecting a combination. But, if the unit is carrying containers, it cannot carry breakbulk cargo. A POL unit (727L200) cannot carry any other type of cargo, and if the cargo trucks are equipped with SMFTs, the unit cannot carry any cargo other than water.
2. Semitrailers only carry passengers in emergency conditions. Cargo trucks routinely carry them. The pax data represents a single lift for each type unit using all the available trucks.
3. The data in this table is rounded. Normally, local haul capability for a unit is exactly double the line haul capability. When this data is recorded in a TOE section 1, it will be further rounded.

**1-10. EQUIPMENT.** Each type of motor transport company is equipped with different types of vehicles. These vehicles vary in type and design and in their capabilities to support operations under a variety of conditions. Planners must know the capability of each type of company when determining the proper mix to support any operation. Factors to consider include--

- Environmental factors of climate, weather, and terrain.
- Operational factors such as the roadnet and highway surfaces or trafficability.
- Tonnage requirements, type of cargo, and type or length of hauls.

**1-11. LOGISTICS CIVIL AUGMENTATION PROGRAM.** LOGCAP is a DA capstone program that employs contractor support to augment the Army's organic planning and CS/CSS capability. This program applies both in CONUS and overseas. Before implementing LOGCAP, the CINC/ASCC considers the use of active and reserve components, other services, and HNS. During a contingency, the CINC/ASCC commander normally establishes an acquisition review board to determine the best means of fulfilling requirements. Board considerations include

**FM 55-30**

criticality, timeliness, quality, administration, effort, and cost. LOGCAP is used when contractor support is determined to be the most effective, expeditious, or cost effective.

LOGCAP applies primarily in areas where no multilateral or bilateral agreements or treaties exist. However, it can be employed in areas with formal HN agreements, where contractors are involved, or peacetime support contracts exist. LOGCAP can also be used during mobilization to assist the CONUS support base and help units prepare for war or other contingencies.

LOGCAP resolves shortfalls; it does not replace force structure. It includes all preplanned logistics and engineering/construction oriented contingency contracts already awarded and peacetime contracts with contingency clauses. Preplanned weapon system sustainment contracts, ASCC contingency contracts, and the AMC Support Contract are examples of contracts that fall under this program.

The AMC Support Contract is an umbrella contract that focuses on prioritized contingency planning for augmenting logistics and engineering/construction services. Under its terms, commercial vendors prepare contingency management plans based on specific CINC/ASCC pre-identified requirements to provide expeditious logistic and engineering/construction augmentation support upon deployment. Support must be accomplished with reasonable assurance of success and within reasonable cost. The contract can be adjusted to respond to changing requirements. It reduces potential contingency problems identified in peacetime planning such as language, customs, geographic conditions, and infrastructure constraints. It provides an alternative contract capability to meet facility and logistic services shortfalls, as well as for a quick reaction to contingency or crisis requirements.

The core of the AMC Support Contract is basic/logistic camp construction, base/logistic camp operations, and field services. However, this contract also encompasses other traditional logistics functions such as weapon system maintenance, materiel management, and transportation and port operations and complements existing weapon system sustainment and ASCC contingency contracts. Overall, it gives CINCs and ASCC commanders a means to source sustainment requirements for military contingency operations when other means are not available.

The AMC LSE provides a single focal point in the theater responsible for central oversight management of the AMC Support Contract in both peacetime planning and upon deployment. The LSE also advises the CINC or ASCC commander and staffs on alternate means of accomplishing CS/CSS requirements and spreads the word about LOGCAP capabilities.

# CHAPTER 3

# OPERATIONAL ENVIRONMENT

The operational environment of a force projection army is as varied and complex as the combination of geography, terrain, weather, infrastructures, and threats that exist throughout the world. Motor transport units and soldiers must be versatile enough to cope with, and achieve success in, many different environments and various types of military operations.
Units may have to operate in mountains, jungles, or deserts; in cold, hot, or otherwise inclement weather; in urban or rural areas; on dry, wet, or snowy roads; or on rugged, cross-country terrain. They may be called on to support Army forces during war or during peace enforcement, peacekeeping, or disaster relief operations. This chapter discusses potential threats to motor transport units, operations security and defense, and operations in adverse terrain and climates

**3-1.    THREAT.** At any time, and on short notice, US forces may be called on to deploy anywhere in the world. As a member of this team, Army motor transport units and soldiers may be faced with a vast number of potential threats. Regardless of the environment or type of operation, they must be prepared to protect themselves and their equipment in base defense, in convoys, and at customer locations. They must be aware of the threat that exists in the area in which they operate.

Many potential adversaries consider logistics units and bases to be prime targets for their deep operations. Probable targets include ports, transfer points, and lines of communication such as roads and inland waterways. These areas are all supported and used by motor transport units. An adversary may employ airborne or airmobile forces, long-range artillery and rockets, and irregular or guerrilla forces. Terrorists may attempt to disrupt activities (even during periods not associated with combat) using ambushes, snipers, raids, or sabotage. These prime targets are also environmentally sensitive, increasing the challenge to protect--not only from operational damage, but from an adversary's ecological attack.

Given this challenging environment, motor transport soldiers must be fit, trained, and ready to respond. Leaders must prepare soldiers to serve in adverse conditions for extended periods by providing appropriate training and leadership skills. Leaders must build units with the courage to overcome odds to accomplish the mission and the determination to provide forward support to sustain combat or other operations. Leaders are also ultimately responsible for preparing their units and soldiers to survive in today's NBC environment.

**3-2.    OPERATIONS SECURITY.** Operations security is an integral part of planning for operations, unit training, and day-to-day operations at all levels of command. Throughout the planning, preparation, and execution phases of an operation, every effort must be made to maintain security. Security measures should also be included in unit training programs. Unit S3s develop OPSEC protective measures. There are four steps in the OPSEC planning sequence:

- Determine enemy capabilities for obtaining information about motor transport operations.
- Determine what information obtained by the enemy can compromise the operation.

**FM 55-30**

   • Determine which actions taken by motor transport units before an operation, if known and analyzed by the enemy, would give the enemy the information he needs.
   • Determine what protective measures are necessary and where they must be implemented to maximize operations security.

Operations security measures include:

   • Countersurveillance.
   • Signal security.
   • Physical security.
   • Information security.

   a. **Countersurveillance.** Countersurveillance includes all active or passive measures taken to prevent threat forces from seeing your area, equipment, movements, and so forth. Countersurveillance techniques include—

   • Camouflaging and toning down trucks, including the headlights and windshields, when they are not moving.
   • Moving at night or during periods of reduced visibility using blackout lights.
   • Using terrain as concealment.
   • Maintaining noise, litter, and light discipline.

   b. **Signal Security.** Signal security is the use of communications and electronics security techniques to prevent the disclosure of operational information. It includes the use of communications codes, secure voice equipment, and proper positioning of antennas. Techniques for motor transport units include--

   • Keeping radio transmissions short.
   • Maintaining signal silence whenever possible.
   • Using wire communications when possible.
   • Using low power in radios.

   c. **Physical Security.** Physical security is the use of security forces, barriers, dispersal, concealment, and camouflage to deny enemy access to facilities, areas, equipment, materiel, and personnel. Physical security protects operational information or activities. Some practical techniques include—

   • Employing security elements to the front and rear and, when required, to the flanks of convoys.
   • Using listening and observation posts when in garrison and operations areas.
   • Identifying avenues of approach and covering them with fields of fire.
   • Employing obstacles that impede the enemy.
   • Using challenge and passwords.
   • Using early warning devices.

d. **Information Security**. Information security is the control of written, verbal, and graphic information to prevent the disclosure of operational information. To ensure information security—

- Never post information out in the open, such as on a vehicle windshield.
- Do not allow local civilians without clearances into work and assembly areas.
- Handle all classified and sensitive documents properly.

**3-3.    SECURITY AND DEFENSE PLANS**. The motor transport commander must know what defensive measures are to be taken during ground, air, airborne/heliborne, and NBC attacks while conducting motor transport operations. The commander ensures that personnel are assigned specific duties with respect to security defense measures and makes sure they are familiar with these duties. The commander has his staff survey operations and make plans to lessen the possibility and effects of an attack. The staff uses all means available to include the OPSEC planning steps and the inclusion of OPSEC measures into operational plans and SOPs. Security and defense plans must be flexible. Operational commitments will reduce the number of personnel available for security and defense. Therefore, the plan should include support available from other sources (such as adjacent units and area support groups). The plan should be simple. Generally, the commander's main concern is defense against aircraft, airborne/ heliborne, guerrilla, nuclear, or chemical attacks. Ground attacks are of primary concern.

**3-4.    MOTOR TRANSPORT OPERATIONS UNDER ADVERSE TERRAIN CONDITIONS**. Terrain creates the most common barriers affecting motor movement. Prepare for terrain obstacles through map studies and route reconnaissance. Adjust speeds and restrict vehicle loads as needed.

Standard military vehicles are designed and manufactured to lessen the effects of difficult terrain. Planners and operating personnel must recognize and make allowances for the limitations that the terrain imposes. Drivers should be trained on a variety of terrain to build confidence. This will enable them to negotiate natural or manmade obstacles with minimum delays. See Appendix F for hints for vehicle operations in difficult terrain.

a. **Hilly or Mountainous Terrain**. Plans for motor movements in hilly or mountainous regions must be based on a knowledge of current conditions of the area. Rugged terrain increases the need for specific information regarding grades, road characteristics, and bridge capacities. Available maps and information from reconnaissance and intelligence will indicate the type and maximum number of vehicles that can profitably be employed in any particular operation. In some cases, engineer assistance may be required to reinforce bridges and culverts and to maintain road surface during continued movement. On steep grades, normal loads may have to be drastically reduced to keep traffic moving at a reasonable rate. Many of the heavier vehicles with little off-road capability may be useless in bad conditions. Successful motor movement depends on—

- Selecting appropriate vehicles.
- Adequately training drivers.
- Knowing transport capability.

(1) *Maintenance*. Maintenance, particularly operator maintenance, is of major importance in motor movement in mountainous terrain. Before and during operations in the

**FM 55-30**

mountains, the safety devices of all vehicles must be thoroughly checked. On-the-spot adjustments must be made to ensure proper operation. Mechanical failures that might be considered of minor importance in other situations may cause serious accidents on steep grades and sharp curves. Proper inspection of the brake linkage and proper adjustment of brakes are critical. The emergency brake must be able to limit speed when descending steep slopes. The transmission must be properly maintained and in good operating condition.

        (2) *Planning considerations*. Steep grades are prevalent in mountainous terrain. The proper selection of vehicles for an operation will enable continued movement without resorting to winching. Drivers must be extremely careful at all times because of sharp, blind curves and dangerous grades. Either uphill or downhill grades should be taken in a gear ratio that will enable the vehicle to take the entire hill without shifting. When entering a short, steep grade, the driver may build up momentum on the approach so that this added momentum will carry him over; or, he may drop into a lower gear to allow for a long steady pull with maximum traction. Use caution to ensure that the speed of the vehicle does not exceed the speed (listed on the chart in the cab of the vehicle) for that particular gear ratio.

---

**WARNING**

All curves must be taken at a speed that enables the driver
to stop the vehicle in half the road space visible to him.

---

During daylight operations, all vehicles will normally be in open column. Here, guard against bunching on the approaches to grades and curves. This is important because slow movement of columns in mountainous areas makes vehicles extremely vulnerable to enemy attack.

Blackout driving in mountains will often exceed the danger of enemy action. Therefore, driving without lights on narrow, winding mountainous roads should be held to a minimum. Blackout driving should be limited to those stretches of road subject to enemy observation. At these points, post signs and guides to give special instructions to each driver as he approaches. Trucks should be close-column for blackout operations. Descend hills with a combination of braking and engine power; neither should be used alone to bring a vehicle downhill.

        b. **Swampy Ground and Water Obstacles**. Evidence of ground water (the presence of springs, pools, or characteristic plant growth) along a planned cross-country route presents a problem in the movement of wheeled vehicles. Swampy ground and water obstacles are generally associated with valleys or lowlands. However, sidehill bogs and ridgeline swamps may appear where ground water emerges. For planning and operational purposes, consider these barriers to be all-seasonal, although seasonal conditions will affect them as the water table is raised or lowered. Timely estimation of the size and characteristics of obstacles through map study, reconnaissance, and intelligence will aid in determining the—

- Amount and type of added equipment needed to effect the passage of a column.
- Probable delays and adjustments in the schedule to avoid congestion.
- Advisability of using an alternate route to bypass the obstacle.

(1) *Mud and swamps*. Swamps, bogs, and mud caused by the nearness of the water table to the top of the ground should be avoided by all traffic, if possible. The surface crust may appear dry and well covered with vegetation, but any breakthrough may result in the vehicle becoming hopelessly stuck. The depth of soft mud below the surface is extremely difficult to determine. The depth may vary in the same swamp from between 1 to 2 feet.

When it is necessary to cross such barriers, make provisions to bridge the surface by suitable reinforcement with mats, brush, or special flotation materials. By increasing flotation in this way and by avoiding concentrated loads, traffic may cross otherwise impassable barriers without undue loss or delay. If support of a tactical operation requires movement over large areas of marsh or swampland, help from engineer personnel and equipment must be available. Vehicles with maximum flotation must be selected.

(2) *Ditches and streams*. Drainage ditches and canals, gullies and ravines, and streams and rivers present obstacles to motor movement--especially if the obstacle is large and if the movement is open to enemy action. Map study, reconnaissance, and intelligence reports may supply all information necessary to planning personnel.

When there is doubt about the ease of crossing an obstacle, request an engineer reconnaissance. The engineers can determine what must be done to make the crossing. Small ditches, gullies, and streams will not cause serious delays, but, even here, approach and passage at reduced speeds require traffic control to avoid congestion. Canals, ravines, and rivers present serious obstacles to motor movement and require definite means for crossing.

Existing bridges and fords offer profitable targets for enemy artillery, bombing, sabotage, and guerrilla activities. Therefore, no movement should be made without a provision for changes in plans demanded by current intelligence.

Techniques of crossing, capabilities of vehicles, and requirements for the construction of temporary bridges or crossing expedients are covered in appropriate FMs and TMs. In general, the existence of canals, ravines, and rivers that cross a selected route requires added preparation by planners. Planners do this to--

- Avoid congestion in critical areas.
- Arrange for repair or construction at crossing sites.
- Furnish adequate instructions to operating personnel to ensure proper conduct of the operation.

See FM 20-22 for detailed information on vehicle recovery operations.

**3-5. MOTOR TRANSPORT OPERATIONS UNDER ADVERSE CLIMATIC CONDITIONS.** Adverse climatic conditions impose a variety of limitations and challenges on motor transport operations. The effects on personnel and equipment, as well as on methods of movement and maintenance, should be emphasized when planning and executing operations in areas where extreme conditions are the rule. See Appendix G for more guidance on vehicle operations in adverse weather.

**FM 55-30**

a. **Desert Operations**. Desert environments occupy approximately one-fifth of the total land area of the earth. Their climate and terrain justify careful examination of the limitations imposed on military movement. Capabilities can be improved through training personnel and modifying equipment. Broad generalities must be avoided in describing desert environments. Wide variations occur with changing desert forms in the same general area. There are, however, some characteristics common to most. For example, most deserts have--

- Low rainfall creating a scarcity or total lack of water.
- Extensive barren areas of gravel or sand.
- A high sunshine percentage, exceeding 70 percent.
- Extreme daily temperature ranges, with low relative humidity during the day.
- Strong seasonal winds, with periodic sand and dust storms.
- A lack of vegetation, except for scattered scrubby bushes with small leaves and thorns.

Desert land forms are variable. They include sand dunes, rocky hills, steep cliffs, and broad level valleys covered with gravel or stones. They include areas of clay that may become impassable in rainy periods and gullies and dry stream beds that can suddenly become raging torrents.

Desert conditions reduce efficiency of personnel. They increase problems of maintenance of equipment and reduce mobility. They also cause tactical insecurity due to lack of cover and concealment. Successful motor movement in deserts requires added training and conditioning of personnel. It also requires specific adaptation of vehicles and modification of maintenance procedures. Combinations of terrain and climate vary greatly among the world's deserts. Therefore, general operational precautions and techniques must be modified to apply to any specific area. The information that follows may be used as a guide.

(1) **Driving**. Due to the general absence of established roads in desert areas, desert driving calls for experience, individual skill, and physical endurance of the vehicle operator. Driver training should include as much off-road operation and night operation as possible. Driver training should be carried out under a variety of conditions similar to those found in a desert. This training should include orientation on land forms, soil, and climate using photographs, films, and discussions.

Driving in sand requires judgment in selecting proper gear ratios, determining suitable speeds, and choosing the best ground. The driver must recognize the limitations of his equipment, particularly the tendency of wheeled vehicles to dig in when forward momentum is lost. He must be able to employ proper recovery expedients immediately. Provisions should be made for added equipment on the vehicles or within a column. Added equipment will be needed for the rapid recovery of stuck vehicles.

Unit SOPs should be modified for desert operations. The SOP should include procedures necessary to keep the column moving without unnecessary congestion around a disabled or immobilized vehicle.

Driving in other desert land forms requires the application of a variety of driving principles. Driving in deserts demands sound judgment and experience on the part of both vehicle operators

**3-6**

and command personnel. No simple formula or means of testing to determine soil trafficability in the desert has been developed. Therefore, each new situation must be evaluated in light of experience. In most desert areas, sand is the common obstacle.

(2) *Maintenance*. Vehicular maintenance presents a major problem in all desert operations. Under the best conditions, movement of vehicles over desert terrain creates a great volume of dust. The dust factor alone demands constant unit-level maintenance to prevent abnormal wear and inoperable vehicles. Drivers must daily check and clean air filters (more often under extremely dusty conditions), check oil filters, and inspect steering knuckle boots for damage. Vehicle instruments should be sealed (using tape or sealing compound) to keep out dust. When servicing vehicles, care must be taken to ensure that no sand gets into fuel tanks and crankcases. Even with the best maintenance possible, wear will be greater in desert operations than in normal operations.

Excessive heat also creates maintenance problems. Overheating of vehicles, through long periods of operation in low gear and the rapid evaporation of coolants, requires more frequent rest periods to prevent or reduce engine damage. During these rest periods, vehicles should be faced into the wind to cool. During stops, be sure to inspect regularly the following—

- Fan belts, replacing immediately when excessive wear is noted.
- Radiators, to ensure free circulation of air and coolant.
- Batteries (daily), to maintain the proper level of electrolyte (water).

The combination of heat, sand, and rough ground in desert areas causes excessive wear to tires. The following guidelines will help drivers to maximize tire mileage:

- Maintain proper tire pressure to guard against rim slippage and broken tire fabric.
- With dual-wheeled vehicles, frequently inspect for stones wedged between the tires and remove them before damage is done to the side walls.
- When halted overnight or for any extended period, the rears of vehicles should be parked into the wind.
- Conduct night operations when possible to prolong tire life.

(3) *March techniques*. Motor movement operational techniques must be modified for desert operations. The desert usually has no well-defined roads or trails. Therefore, normal methods of assigning routes, direction by signs and guides, and movement control do not work. Movement from place to place is usually made using navigational methods and equipment. Take care to maintain sufficient dispersion to prevent presenting favorable targets to the enemy. Deserts generally offer little or no natural concealment from aerial observation. However, unevenness in terrain may afford cover and concealment from direct ground observation. Camouflage nets and shadows in broken ground areas must be used to give some measure of security.

(4) *Planning considerations*. Movement planning for desert operations involves looking at the influence of climate and terrain on movement. Planning personnel at all levels must be familiar with the capabilities and limitations of both personnel and equipment. Make necessary changes to the organization, training, and equipment as early as possible. Select vehicles most

FM 55-30

suitable for the local climate and terrain. This will ensure maximum mobility and will lessen excessive supply and evacuation requirements of the vehicles themselves. Selecting and/or training operational personnel is a major factor in planning. The physical and psychological effects of climate reduce personnel efficiency; at the same time, operational and maintenance demands are at peak levels. Selection of personnel should include only those best qualified physically and mentally to endure hardship.

Motor movement in desert areas is also made difficult by terrain and the tactical situation. Dispersion is increased to achieve some degree of tactical security. This increases the time length of convoys. Also, the experience with time and space schedules developed in other terrains will not be very helpful. Routing must be general rather than specific. This is because point-to-point distances may be materially increased by local nontrafficability. Column control is another problem. Column control will normally be exercised from within the column by radio or visual signals. Supply and evacuation movements in the desert usually involve greater distances. This is because of the dispersion of installations and the greater volume of supplies/support required in desert operations.

Training should stress leadership, physical conditioning, operation of vehicles in desert environment, and principles of land navigation. See FM 21-305 for details on desert driving.

   b. **Jungle and Forest Operations.** Jungle and forest conditions vary from the heavily forested areas of the North Temperate Zone to the impenetrable equatorial rain forests. Whatever the location, jungles and forests affect motor movements. Heavy annual rainfall, high relative humidity, and adequate soil fertility are characteristic of all such areas. In Temperate Zones, the forests have many large trees but little undergrowth. Northern forests limit cross-country motor operations, but the overhead cover they offer conceals military activity and equipment. On the other hand, equatorial rain forests present a definite obstacle to all military operations. All mobility, even for personnel traveling on foot, is hampered by a tangle of dense undergrowth that must be cleared to allow passage. Roads must be constantly maintained and are usually limited to unimproved trails.

Military motor movements in all heavily forested areas are open to enemy ambush and delay. Motor movements in areas of heavy vegetation are difficult. Again, climate and terrain are critical factors. Climatic factors include the type of vegetation in the area and its effect on movement. Also significant are the effects of climate on maintenance and human efficiency as well as the tactical effects of these conditions. Density of vegetation affects vehicle movement. Although roads and trails may be adequate for the movements planned, some off-road movement may be forced by enemy actions. Therefore, the movement organization should include the personnel and equipment necessary to ensure continued movement. Personnel must be capable of providing emergency bypasses, making highway repairs, or reducing roadblocks. Continued use of routes through these areas may require engineer road maintenance patrols to keep them open for wheeled traffic. Except in equatorial rain forests, tracked vehicles have sufficient off-road mobility to bypass damaged sections of road. However, compared to wheeled vehicles, tracked vehicles are limited in speed and cargo capacity and are less economical to operate.

   (1) *Driving.* March control must be modified for jungle or forest operations. March units should usually move as compactly as possible to ease control, improve security measures, and aid rapid movement. Close column formations permit easier following of trail; however, in tactical situations, such formations increase the danger of ambush. Open columns and

# CHAPTER 5

## CONVOY CONTROL, ORGANIZATION, AND PLANNING

> Convoys are planned to organize and control motor movements. They are used for the tactical movement of combat forces; the nontactical movement of logistical units; and the movement of personnel, supplies, and equipment. This chapter contains information on all aspects of convoy operations.

**5-1.    PLANNING FACTORS.**  Regardless of the mission, the process of planning and organizing convoys is the same.  Mission, enemy, troops, terrain, and time available drive the specific planning factors and influence how the convoy will be controlled.  Other factors include:

- The state of training of drivers.
- Types of loads.
- Number of vehicles involved.
- Traffic conditions.
- Quality of road networks.
- Time.

When operating with allied forces, also consider such factors as foreign equipment, cultural differences, and diverse ethnic backgrounds.

**5-2.    CONVOY CONTROL.**  Control of motor movements is exercised in two ways.  The first type of control is exercised by the unit making the motor movement; this is organizational control. The second is by the commander of the area through which the convoy moves; this is area control.

> "Marches are war...aptitude for war is aptitude for movement." Napoleon

        a.  **Organizational Control**.  Organizational control is exercised by the moving unit before, during, and after movement.  Effective organizational control requires march discipline.  March discipline is a command responsibility that comes from effective organizational control and training. It is essential to the effectiveness of the march column to prevent conflict with other movements in the area.  It can only be attained by thorough training, supervision of operations by technically competent leaders, and attention to detail.  March discipline demands--

- Using qualified drivers who operate their equipment safely under a variety of driving conditions.
- Adhering to unit SOPs that specify tactics and techniques for movement, immediate action drills, and communications techniques.
- Strictly following traffic regulations.
- Meeting SP, en route CP, and RP times without failure.
- Following the prescribed route at the prescribed march rate.
- Halting at rest stops for the required amount of time.

**FM 55-30**

- Effectively using protective measures, including maintaining the prescribed vehicle interval, radio discipline, and blackout driving during night convoys.
- Maintaining proper care of equipment.
- Observing safety policies and regulations at all times.
- Ensuring that drivers obey the rules of the road, traffic laws or regulations, speed limits, and time and distance gaps.

b. **Area Control.** This kind of control is exercised by the commander who controls the area/terrain through which convoys move. Area control is normally exercised through movement control channels and is known as highway regulation. Highway regulation is planned by the DTO for the division rear area, the transportation battalion (MC) for the corps rear area, and the TMCA for the COMMZ. It is supervised by movement regulating teams assigned to the MC battalion and TMCA and by MPs for traffic control.

Division, corps, and theater army traffic circulation plans and highway regulation plans specify the control measures applied to MSRs. Convoy commanders are responsible for ensuring that they follow policies in areas through which they will pass.

Controlling traffic in an area of operations is difficult even under the best of conditions. There will always be competing demands for the available road network. Units cannot expect to be able to use all routes without requesting permission. Highway regulation planners establish control measures to ensure order and prevent congestion.

One method used to establish control is classifying MSRs and ASRs. These classifications are based mainly on the ability of a route to support the expected traffic volume and types of vehicles that will use the route. The classifications specify the degree of control required and whether moving units must submit a movement bid (clearance request) to use a route. The classifications will be specified in the highway regulation plan. There are five route classifications:

- *Open route.* The route is open to all types of traffic and the moving unit does not need to submit a movement bid to use the route.
- *Supervised route.* The route is open to most types of traffic. However, convoys of certain size, vehicles of certain characteristics, and certain slow-moving vehicles may require a movement credit to use the route. The highway regulation plan will specify the size of convoys or types of vehicles that require a movement credit.
- *Dispatch route.* Full control is exercised over a dispatch route. Priorities are set for use of this type route. A movement credit is required for the movement of any vehicle or group of vehicles.
- *Reserved route.* This type route is set aside for the sole use of a certain unit, specified operation, or type of traffic. If a route is reserved for a unit, then the commander of that unit decides how much and what kind of control is required.
- *Prohibited route.* No traffic is allowed over a prohibited route.

**5-3.     CONVOY ORGANIZATION.** A convoy is a column of vehicles that moves from the same origin to destination and is organized for the purpose of control under a single commander. The minimum number of vehicles in a convoy is directed by theater policy, standardization agreement, or the HN. In the absence of policies to the contrary, convoys are considered six or more vehicles. All vehicles normally move at the same march rate.

a. **Convoy Elements.** Vehicles in a convoy are organized into groups to facilitate command and control. A convoy may be as small as a 6-vehicle march unit or as large as a 300-vehicle column. Whenever possible, convoys are set up along organizational lines, such as squad, platoon, company, battalion, and brigade. Convoy elements include march units, serials, and columns (Figure 5-1).

(1) *March units.* A march unit is the smallest element of a convoy. As the smallest subdivision of a column, march units may have up to 25 vehicles assigned. A march unit usually represents a squad- to platoon-size element. Each march unit has a march unit commander.

(2) *Serials.* A serial is a group of two to five march units. It represents approximately a company- to battalion-size element. Each serial has a serial commander.

(3) *Columns.* A column is a group of two to five serials. It represents approximately a battalion- to brigade-size element. Each column has a column commander.

For example, a medium truck company commander can organize his convoy as a serial by dividing the 60 task vehicles by platoons into three march units of 20 vehicles each. The company commander would then serve as the convoy commander and the platoon leaders would serve as march unit commanders. Remaining vehicles would be added to each march unit for command and control and convoy support.

Convoy commanders should not generally subdivide march units of 20 or fewer vehicles into smaller march units because of road space considerations. This will reduce the amount of road space taken up by the gaps between small march units. If the convoy commander determines that security requirements warrant greater separation between convoy elements, he could divide the 60 task vehicles by platoons into three serials of 20 vehicles each and further subdivide each serial by squads into two march units of 10 vehicles each. In this example, the platoon leaders would serve as serial commanders and the squad leaders as march unit commanders.



**Figure 5-1.  Convoy organizational elements**

FM 55-30

   b. **Convoy Sections.**  Leaders must know how to position vehicles within the elements.  All columns, serials, and march units, regardless of size, have three parts: a head, a main body, and a trail (Figure 5-2).  Each of these parts has a specific function.

   (1) *Head.*  The head is the first vehicle of each column, serial, and march unit.  Each head should have its own pacesetter.  The pacesetter rides in this vehicle and sets the pace needed to meet the scheduled itinerary along the route.  The officer or noncommissioned officer at the head ensures that the column follows the proper route.  He may also be required to report arrival at certain checkpoints along the route.  With the head performing these duties, the convoy commander has the flexibility to move up and down the column to enforce march discipline.

   (2) *Main body*.  The main body follows immediately after the head and consists of the majority of vehicles moving as part of the convoy.  This is the part of the convoy that may be subdivided into serials and march units for ease of control.

   (3) *Trail.*  The trail is the last sector of each march column, serial, and march unit.  The trail officer/NCO is responsible for recovery, maintenance, and medical support.  The recovery vehicle, maintenance vehicles, and medical support vehicles/teams are located in the trail.  The trail officer/NCO assists the convoy commander in maintaining march discipline.  He may also be required to report clear time at checkpoints along the route.  In convoys consisting of multiple march units and serials, the convoy commander may direct minimum support in the trail of each serial or march unit and a larger trail party at the rear of the column.  As the trail party may be left behind to conduct repairs or recovery, the convoy commander should provide trail security and communications.



**Figure 5-2.  Functional elements of a convoy**

   c. **Vehicle Placement.**  Certain factors influence the placement of vehicles in a convoy.  The commander should consider the following guidance in placing vehicles within each convoy element:

   •   Give special attention to vehicles loaded with ammunition and bulk petroleum.  Try to separate these vehicles or disperse them throughout the march elements.  A larger gap between

vehicles carrying ammunition or bulk petroleum can also be prescribed. Tactically segregate critical supplies to ensure that no one element or capability is lost due to enemy action.

• Position heavier or slower vehicles at the head to assist in maintaining the prescribed convoy speed.

• Place C2 vehicles where they can maintain control of the convoy. Also consider protecting C2 vehicles from enemy action. They are priority enemy targets. Commanders may use an irregular pattern of placing C2 vehicles, or they may use trucks instead of HMMWVs or CUCVs.

• Place maintenance and recovery vehicles at the end of each march unit and at the end of the convoy to recover or make quick repairs to disabled vehicles down along the side of the road.

• When it will not compromise the security of the convoy, locate trucks requiring the longest unloading time at the head of the march element to achieve the fastest turnaround time.

d. **Types of Column Formations**. The column must be organized to meet mission requirements and ensure organizational control. The convoy commander decides how the column will be organized for control, choosing from three basic methods: close column, open column, and infiltration. The difference between the three methods is one of spacing vehicles, or gap. The convoy commander must weigh factors such as the threat, type of route, and ability to communicate in deciding the proper gap for the movement. The gap is determined by the length and speed of the vehicles. The rule of thumb for vehicle gap is to allow a 4-second gap for trucks. If the convoy includes vehicles with trailers, allow an 8-second gap. Normally, the gap will be 25 to 50 meters in urban areas (close column) and 100 meters in rural areas or highways (open column). Table 5-1 (page 5-6) and Table 5-2 (page 5-7) show types of column formations and the gap between vehicles. The number of vehicles (density) per kilometer of road and the rate of march may be changed based on METT-T. For detailed instructions for figuring vehicle gap, see AR 55-29 or FM 21-305.

Drivers are responsible for maintaining the gap between vehicles along the route. Leader and driver training is essential. Helicopters or other aircraft, if available, can assist the convoy commander in maintaining the proper gap. When the pilot informs the convoy commander of how well or poorly drivers are maintaining the gap, the convoy commander can make the necessary adjustments.

**5-4. CONVOY PLANNING**. When a unit receives a mission or movement order, the unit officers and operations section personnel begin making plans. Most convoy planning should be based on the unit SOP. It should specify the most common planning activities. However, certain requirements must be coordinated outside the moving unit and these require support from the battalion and higher staffs. See Appendix M for information on coordinating active and reserve component convoys in CONUS. See Appendix N for distribution formulas and percentages needed to estimate the axle weight distribution for a loaded vehicle.

The convoy commander must perform specific actions to prepare the convoy. A limited amount of time is available to accomplish the following:

• Select and reconnoiter the route.
• Submit a movement bid if required.
• Effect coordination for en route security.
• Give instructions to subordinate element commanders and other supervisory personnel.
• Inspect personnel and vehicles.
• Brief convoy personnel.

FM 55-30

Table 5-1. Types of column formations

| TYPE OF FORMATION | WHEN USED | GAP BETWEEN VEHICLES | RATE | ADVANTAGES | DISADVANTAGES |
|---|---|---|---|---|---|
| Close | Night, poorly marked routes, congested areas, reduced visibility. | 25 to 50 M | 15 MPH/ 25 KMPH | Full traffic capacity of road can be used. Control is easier. Fewer guides, escorts, and route markers are needed. | Quick dispersion is difficult. The column is easily detected. May cause congestion at point of arrival. Requires careful scheduling and rigid control to avoid blocking at intersections. Causes driver fatigue. |
| Open | Daylight, well-marked routes, highways. | 100 M | 25 MPH/ 40 KMPH | Less chance of enemy observation or damage from attack. Cargo moves faster. Driver's fatigue is reduced. Fewer accidents; very flexible. | Command and control are difficult. Proper vehicle spacing is hard to keep. |
| Infiltration | Daylight, congested areas, heavy traffic crosses route. | | Various | Provides maximum security and deception. High speeds are possible. Other traffic has little effect on individual trucks. | More time required to complete the move. Column control is nearly impossible. Drivers can get lost. Specific details must be given to each driver. Maintenance, refueling, and messing are hard to arrange. Vehicles may bunch up, causing close columns to form. Requires experienced drivers. Orders are not easily changed. The unit cannot be redeployed as a unit until the last vehicle arrives at destination. |

### Table 5-2. Night column formations

| TYPE | GAP BETWEEN VEHICLES | RATE | ADVANTAGES | DISADVANTAGES |
|---|---|---|---|---|
| Blackout drive | 15 to 20 M | 5 to 10 MPH/ 8 to 16 KMPH | Limits enemy observation. Darkness provides security. | More vehicles in ambush kill zone. Driver fatigue. Increased time distance. |
| Lights on drive | 50 to 100 M | 20 to 30 MPH/ 33 to 50 KMPH | Drivers stay alert. Enemy reaction time reduced. Speed provides security. Less vulnerable to ambush and sniper fire. | Control is harder. Enemy observes the move. May be very vulnerable to enemy air strikes. |

Besides convoy control and organization, convoy commanders must consider the following elements during the planning process:

- Advance/quartering party.
- Convoy control personnel.
- Start points and release points.
- Halts.
- Gaps and march rate.
- Submission of movement bids.
- Communications.
- Route reconnaissance.
- Escort and security elements.
- Convoy support.

a. **Advance/Quartering Party**. Advance and quartering parties coordinate convoy arrival at destination. For support missions, the advance party coordinates with the receiving unit for staging vehicles for on-load or off-load, MHE, and security. When a unit relocates, the quartering party prepares for the arrival of the main body of the convoy. The advance party may travel with the column during the early stages of the move; however, it must arrive at destination sufficiently ahead of the column to perform its mission.

From a convoy control perspective, the major functions of the advance party or quartering party are to ensure that the column is able to move quickly off the route and into the marshaling or assembly area. It also positions individual vehicles within the marshaling or assembly area. These actions will prevent congestion on the route and enhance security by not allowing vehicles to be lined up along a route waiting to enter the marshaling or assembly area. The advance party must have

**FM 55-30**

enough personnel to accomplish this task. The advance party will also have to secure and sweep the area for contamination or enemy activity if the area is not secured.

b. **Convoy Control Personnel.** Control is exercised by the column commander, serial commanders, and march unit commanders. The advance party officer, trail party officer, pacesetter, and escorts assist the convoy commander in controlling the movement.

(1) *Column, serial, and march unit commanders.* These commanders plan and control the motor movement and enforce march discipline. They may be either officers or noncommissioned officers.

(2) *Pacesetter.* The pacesetter should be an experienced officer or NCO who rides in the first vehicle of each element in the convoy. The pacesetter maintains or adjusts the rate of march necessary to meet the schedule. In so doing, the pacesetter will direct that the convoy speed up to compensate for lost time due to terrain, weather, traffic conditions, or other obstacles. The pacesetter's job is critical as he must ensure the convoy averages the march rate over the length of the route.

(3) *Trail officer.* The trail officer is positioned at the rear of the column. He checks and observes vehicles, march units, or serials at the SP. He ensures that approaching traffic from the rear is warned when the column halts. He also picks up guides and markers left by preceding elements of the march column. He investigates accidents on-the-spot, directs evacuation of injured personnel, and effects disposition of disabled equipment.

(4) *Trail maintenance officer.* A maintenance technician/NCO rides at the rear of the column with maintenance and recovery personnel and equipment and supervises en route maintenance operations. In a small column, the trail officer and the trail maintenance officer may be the same person.

(5) *Guides.* Guides are used to ensure the convoy follows the prescribed route. Guides become very important when operating in an area where road signs are poor or nonexistent. On controlled routes, the area commander may furnish guides to direct units or vehicles moving over these routes. Highway regulation authorities will use movement regulation teams and military police to assist moving units. Although these teams do not normally escort convoys, they assist convoy commanders in locating supported units, preventing conflict with other convoys, and providing other information on the route. On routes that are not controlled, the moving unit is usually responsible for providing its own guides.

c. **Start Points and Release Points.** All motor moves are scheduled from a start point to a release point. For most moves, when all vehicles originate from the same location, selecting an SP is a simple procedure. However, columns are sometimes composed of vehicles from several different units that may not originate at one location. When this occurs, the convoy commander must select an SP that is common to all units and vehicles on the route. Similarly, not all vehicles may have the same final destination. Yet, there must be a place where elements of the column can be released from column control to continue their assignments. This place is the RP.

(1) *Start point.* An SP is the place all elements of a column come under the active control of its commander. On passing the SP, each unit should be traveling at the rate of march and vehicle interval (gap) stated in the operation order. If the convoy is moving on a controlled route, the SP will usually be the first checkpoint on the route that the convoy passes. If the convoy is not

moving on a controlled route, the convoy commander will select an SP along the route that is easily recognized on both map and ground.

(2) *Release point*. The RP is the place where elements of a column are released from the active control of the commander. They leave the column to go to their designated areas. The RP, like the SP, must be on the column's route. If the convoy is moving on a controlled route, the RP will usually be the last checkpoint on the route that the convoy passes. If the convoy is not moving on a controlled route, the RP should be a place along the route easily recognized on both map and ground. The RP is neither the final destination nor a place to stop a convoy. The convoy must clear the RP and get off the route with a minimum of delay to prevent congestion with other scheduled movements. Unit guides may meet their units as they arrive at the RP and lead them to their designated area. Multiple routes and cross-country movements should be used from the RP to allow units to spread rapidly.

If the destination is a customer support location, the convoy commander should use an advance party or other communications to contact the receiving unit before arrival of the main body. This will let the receiving units meet the convoy at the RP and guide the vehicles to where they are needed. It will also facilitate getting the vehicles off the route quickly, so as not to interfere with other scheduled traffic. As the vehicles are unloaded, they should be scattered out, and after-operation maintenance performed. Drivers should be informed as to where and at what time to assemble for the return trip.

d. **Halts.** Halts are made for rest, personal comfort and relief, messing, refueling, maintenance and inspection of equipment, and schedule adjustments. Halts must be incorporated into road movement planning to ensure that the time for the halt is reflected in road movement tables and the movement bid (see Appendix J). Before any convoy, a risk assessment should be accomplished considering such things as time, duration, and cargo to ensure the mission is completed safely.

(1) *Time, duration, and purpose*. Short halts are made for personal comfort and relief, inspection of equipment, and en route equipment checks. Short halts will normally last 10 to 15 minutes. Longer halts, for messing, refueling, and bivouacking, will last as long as required to accomplish these tasks. When the situation permits, messing and refueling halts should coincide. Convoy commanders must remember that the time taken to get in and out of the rest halt is part of the time allocated for the halt.

(2) *Halt procedures*. Use the following procedures at halts:

- Plan for halts in areas with good security and fields of fire.
- Avoid halting on curves or grades.
- Never block the road when conducting halts.
- Maintain the prescribed gap to enhance security.
- Keep civilians away from the convoy vehicles.
- Post road guards at the front and rear of the convoy to warn approaching traffic.

(3) *Location*. Select the locations for scheduled halts in advance. In most areas of operations, the location of rest halt areas on controlled routes will be centrally selected by commanders exercising area control and published in the highway regulation plan. Some types of rest halts, especially those for refueling, maintenance, and messing, may be established by an ASG

**FM 55-30**

(COMMZ), CSG (corps), or DISCOM to support all convoys passing over the route. No matter who plans rest halt locations, they should offer adequate ingress and egress to get all vehicles in and out, offer dispersion and concealment, and be large enough to accommodate all vehicles and rest halt functions.

(4) *Duties of personnel.* During halts, all personnel have certain responsibilities. Officers and noncommissioned officers check the welfare of their soldiers, the security of loads, and en route maintenance. Control personnel inspect vehicles and loads. They give instructions to ensure that the column will get started with a minimum of confusion. Dining, medical, and maintenance personnel perform such special duties as the purpose and duration of the halt permit. Drivers inspect their vehicles and loads and perform en route maintenance.

e. **Gap and March Rate.** Distance between vehicles (gap) has been mentioned several times in the preceding paragraphs. The commander determines the gap based on the march rate, route, and threat. If the same gap is prescribed for all speeds, then the move will be executed as a fixed column. If the gap between vehicles is regulated to increase or decrease as speeds increase or decrease, the move will be executed by a governed column.

March rate will depend on the condition of the road, the traffic, and the speed of the slowest vehicle. In all cases, the march rate will be less than the legal posted speed limits. Also, various commands specify maximum convoy march rates under various operational conditions. Convoy commanders must be familiar with local command policies.

If a governed column is prescribed, a technique for drivers to determine the correct gap based on speed is the speedometer multiplier. The speedometer multiplier is a specified number (1, 2, or 3) to multiply times speed to determine the correct gap. For example, with a speedometer multiplier of 2, vehicles traveling at 40 kilometers (25 miles) per hour will have a gap of 80 meters (50 yards) between them. The gap will thus vary by speed and the speedometer multiplier. Because the gap changes with speed, drivers must open or close the gap to adjust to changing conditions. The major benefit is safety, to put more distance between vehicles at higher speeds. Even when using the speedometer multiplier, a minimum gap should be set to prevent bunching of vehicles at very low speeds. The governed column method can only be used by a well-trained, thoroughly disciplined unit.

f. **Submission of Movement Bids.** A movement bid is a request for clearance to move on a controlled route, such as an MSR. Movement bids may be required for convoys containing a certain number of vehicles, types of vehicles, or types of loads. Local policy or law determines the requirement to submit a movement bid. In CONUS, DD Form 1265 and DD Form 1266 serve as movement bids. In NATO, STANAG 2154 and STANAG 2155 govern movement bids. A movement credit is an alphanumeric code issued to the moving unit as the approval of the movement bid. In some areas of operation, the moving unit is required to chalk the movement credit on the sides of vehicles. See Appendix M for information on obtaining convoy clearance in CONUS. For information on movement bids in overseas theaters, see FM 55-10.

To complete a movement bid, the convoy commander must calculate the arrive and clear times at the SP, en route CPs, and the RP. The arrive time is the time the first vehicle of the convoy will arrive at an SP, CP, or RP. The clear time is the time the last vehicle of the convoy will clear that SP, CP, or RP. To calculate the arrive and clear times, the convoy commander must understand the various time and distance factors relating to movement. Decisions the convoy commander makes in

**5-10**

organizing the convoy--such as the number of serials and march units, the march rate, and the gaps--will affect the amount of time it takes a convoy to travel over a route. Moving units must carefully plan their movements and submit an accurate movement bid when required. See Appendix J for the necessary formulas.

If the route selected for movement is a supervised or dispatch route, the convoy commander or battalion headquarters should contact the DTO or servicing MC detachment to determine what restrictions and requirements they place on convoys. If a movement bid is required, the convoy commander or battalion staff must complete the bid and submit it in the required time. The DTO or MC detachment commander can also inform the convoy commander of support furnished along the route, such as security, traffic control, maintenance, and fuel. Perhaps most importantly, he can inform the convoy commander about the current threat status along the route.

g. **Communications.** The ability to communicate during convoy operations is essential. Radio nets must be established to link the convoy commander with higher headquarters, air and artillery support, element commanders, any security force commander, gun trucks, medics, and the trail party commander. Within the column, each march element may have its own control net with the march element commander and the head and trail party. Other communications techniques, such as signals, must be established and rehearsed. There are several ways to communicate while on convoy. These include the following:

- *Visual signals.* These may involve arm-and-hand, flashlight, flag, headlight, and pyrotechnic signals. These signals should be specified in an SOP so that drivers are completely familiar with them. Visual signals must be trained and rehearsed.
- *Audio (sound) signals.* These may include the use of whistles, horns, and verbal messages. Aircraft and command and control vehicles may be equipped with loudspeakers to issue instructions.
- *Radio.* This is the best way to communicate during a road march. There are several things to consider about the use of radios:

    ■ Availability of radios is limited within the convoy. Radios are usually limited to command and control vehicles.

    ■ The range of radios is limited unless retransmission stations are established.

    ■ Radio transmissions may not always be allowed under all combat conditions. Even with newer radios, the volume of radio transmissions and the ability of the enemy to jam may render them unreliable in some circumstances.

h. **Route Reconnaissance.** The decision as to which route to use will depend on routes available under the current highway regulation plan and the ability of routes to support the type of vehicles moving. Often the route will be prescribed by the higher headquarters. In this case, a map reconnaissance will enable the convoy commander and battalion staff to select tentative checkpoints or to confirm those already established. The convoy commander can ascertain critical points and potential ambush sites by contacting the DTO or servicing MC detachment through whose area the convoy will pass. The convoy commander should also conduct either a ground or aerial reconnaissance of the route once the map reconnaissance has been completed. To help them become familiar with the route, subordinate convoy leaders should be included in any reconnaissance. If the reconnaissance shows road or bridge damage, the convoy commander should notify his higher headquarters, which will in turn notify the DTO or MC detachment. The route reconnaissance