FM 55-30

should include identification of critical points and check points and the selection of an SP, RP, halt sites, and a bypass or alternate route.

    i. **Escort and Security Elements.** Military police units may provide convoy security to a specific convoy or on an area basis. Security of routes is an MP mission. However, the availability of MP support depends on the threat in the area of operations, the sensitivity of the cargo, and other missions the MPs must support. If available, escort and security elements are used to secure and protect the convoy from enemy activity. Convoy escort and security elements are usually the responsibility of the moving unit. However, the MPs may provide them on a mission basis contingent upon the threat and importance of the convoy. Convoy commanders must request MP support through command or movement control channels. If MP support is approved, convoy commanders must closely coordinate with the MP unit directed to provide support. The presence of MPs or other escorts does not relieve the convoy commander from responsibility for the security of his convoy. Convoy commanders must plan and coordinate through their chain of command all matters pertaining to convoy security. These include the following:

- Noise, litter, and light discipline.
- Front, flank, and rear security.
- Security during halts.
- Air cover.
- Fire support.
- Communications security.
- Deception.

A convoy may be provided MP or combat force escorts. In placing escorts, the commander must consider the number of vehicles available, the size of the convoy, terrain and route characteristics, and likely enemy activity. Escorts should be placed to allow maximum protection for the most critical convoy elements. Since it is easier for vehicles to move forward, some escort vehicles must be positioned in the rear of the march element to which they are attached. If only one escort vehicle is provided, it should be placed to the rear of the convoy so it can be brought forward in the event of a tactical emergency.

    j. **Convoy Support.** Based on the mission and circumstances of the move, support to convoys may include any of the following: fire support, combat aviation support, messing en route, maintenance en route, refueling en route, and medical support en route.

    (1) *Fire support.* As a rule, convoy commanders do not coordinate fire support. Convoy fire support is planned and coordinated by a fire support element on an area basis (such as a base operations center, base cluster operations center, or rear area operations center). This planning may provide fire support to MSRs or other routes if intelligence indicates that the enemy will likely target convoys at particular locations. Fire support assets will usually be employed only against Level III threats. Convoy commanders should know the fire support plans along their route and know how to call for and adjust fire. For more information, refer to FMs 6-30 and 6-20-30. Convoy commanders must know call signs, frequencies, and other signal operating instructions.

    (2) *Combat aviation support.* Another element of fire support that should be considered is Army attack helicopters. Through coordination, attack helicopters can be on alert status or overhead while the convoy is en route. In either situation, their radio frequencies must be

known to convoy and security radio operators and control personnel (FM 24-18). Steps must also be taken to standardize markings of convoy vehicles to prevent fratricide.

(3) *Messing en route.* While on convoy, drivers can be fed by their organizational field feeding capabilities or by transient messes. For organizational mess, the convoy commander uses organic capabilities to feed, such as an MKT or MREs. The ASG or CSG may establish transient field feeding sites along the MSRs.

(4) *Maintenance en route.* En route maintenance is performed by the driver and by mechanics in the trail element when the repairs are beyond the driver's capability. Drivers always perform normal preventive maintenance at halts. Maintenance personnel in the trail element are used to carry out all unit-level repairs on vehicles of the convoy. If the vehicle can be repaired quickly, then attempt the repair. If it cannot be repaired quickly or there is doubt, the vehicle should be towed or recovered and the march continued. Vehicles undergoing repairs or those that are to be abandoned or destroyed will be moved off the road. When a vehicle is disabled during a convoy, the following procedures should be observed:

- Driver pulls disabled vehicle to the right of the road and signal the convoy to pass.
- Assistant driver and any passengers dismount and take up defensive positions.
- Driver tries to repair the vehicle.
- Trail officer notifies the convoy commander of the disabled vehicle and recovers or destroys it depending on the tactical situation.
- Limit recovery vehicle recovery operations to only those situations where a tow bar will not work. Use tow bars when possible.
- Do not obstruct roads during recovery operations.
- Do not destroy equipment unless directed through command channels or as a last resort to prevent enemy capture.

(5) *Refueling en route.* The requirement for refueling is based on the normal operating range of convoy vehicles. The operating range is the normal distance that a vehicle can travel on a full tank of fuel. Operating range varies according to the terrain, vehicle, and load. A heavily loaded truck operating on poor roads in hilly terrain will get less fuel mileage than a lightly loaded truck operating on good roads in fairly level terrain. In determining when to refuel, use the vehicle with the least operating range. This will prevent any vehicle in the convoy from running out of fuel.

(6) *Medical support en route.* The convoy commander must consider medical support based on the mission and likelihood of enemy contact. Medical support can be provided by unit personnel trained as combat life savers, by attachment of a medical team to the convoy by higher headquarters, or by the area commander. Normally, MEDEVAC frequencies are established for emergencies in the SOI.

5-5.    **UNIT SOP.** A complete SOP facilitates planning. At company level, SOPs should conform with those prepared by the next higher headquarters. At a minimum, the SOP should cover the following subjects:

FM 55-30

- Duties of the convoy commander and other convoy control personnel.
- Convoy organization.
- Weapons and ammunition to be carried.
- Hardening of vehicles.
- Protective equipment to be worn.
- Preparation of convoy vehicles; for example, information on tarpaulins, tailgates, and windshields.
- Counterambush actions.
- Operations security measures.
- Immediate action drills.
- Actions during scheduled halts.
- Maintenance and recovery of disabled vehicles.
- Refueling and rest halts.
- Communications.
- Actions at the release point.
- Reporting.

**5-6.    PREPARING VEHICLES FOR CONVOY.**  This paragraph discusses the responsibilities of key personnel, as well as the elements needed, in preparing vehicles for convoy.

   a.  **Command Responsibilities.**  The commander of the moving unit is responsible for the mechanical condition of his vehicles.  Leaders must inspect all vehicles according to appropriate TMs before departing for the mission.  Convoy commanders should also ensure that--

- Additional fuel, water, and lubricants are provided for en route requirements.
- Loads are inspected.
- Tarpaulin, troop safety straps, and end curtains are provided when required.
- Vehicles are hardened when required.
- Columns are identified with appropriate markings.
- Weapons are inspected.

   b.  **Marshaling or Assembly Area Inspection Teams.**  A technique for large unit movements is to establish marshaling area or assembly area inspection points.  As convoys are ready to depart, they proceed to the inspection point for final checks and driver briefings.  Unit level maintenance personnel may be available to assist unit leadership in correcting last-minute minor deficiencies.  Trucks with major problems will be returned to the parent unit and replaced with serviceable vehicles.

   c.  **Hardening Vehicles.**  Cover the cargo bed of troop-carrying vehicles with at least a double interlocking layer of sandbags.  Cover the cab floor of all vehicles with a double layer of sandbags under the driver's seat.  Take care not to hamper pedal movement or hamper the driver's access to them.  As an additional precaution, place a heavy rubber or fiber mat over the sandbags to reduce danger from fragments such as sharpened stones, sand, and metal parts of the vehicle.  This also prolongs the life of sandbags.  Sandbags may also be placed on the fuel tank, fenders, and hood.  See Appendix O for more information on vehicle hardening.

5-14

When contemplating hardening vehicles for escort and/or gun truck duty, use one escort/gun truck for every eight task vehicles. Prior approval from higher headquarters must be received before task vehicles are converted into escort/gun trucks.

   d. **Covering Cargo.** The main advantage in covering cargo is that it denies intelligence information while providing protection from weather elements. The disadvantage in installing tarpaulins is that they have to be removed for loading and unloading operations. This increases the time it takes to accomplish a mission.

   e. **Convoy Identification.** Each column should be identified by a blue flag on the lead vehicle and a green flag on the rear vehicle. Flags should be mounted on the left of the vehicles, either front or rear. They must be positioned so that they do not interfere with driver vision or functional components of the vehicle. When movement is at night, the lead vehicle shows a blue light and the rear vehicle a green light. The vehicle of the convoy commander and the march unit commanders must display a white and black diagonal flag on the left front bumper. This flag is divided diagonally from the lower left corner to the upper right corner with the upper left triangle white and the lower right triangle black. Trail party vehicles carry an international orange safety flag. State and local police or MP escort vehicles do not display convoy identification flags. See Figure 5-3 (page 5-16) for illustrations of flags and flag placement.

The convoy movement order includes a CCN which identifies the convoy during its entire movement. The CCN is placed on both sides of each vehicle in the convoy and, if possible, on the front and back of each vehicle (see Figure 5-4, page 5-16). It is also placed on the top of the hood of the lead and rear vehicles of each march unit. See Appendix M for detailed information on convoy clearance procedures, to include the assigning of CCNs to both AC and RC convoys. See Appendix P for specifications for convoy warning signs.

   f. **Final Preparation.** Final convoy preparation includes organizing the convoy, briefing personnel, and inspecting individual equipment and vehicles. Convoy personnel are usually briefed after the vehicles are lined up. After the convoy commander's briefing, personnel are returned to the control of the march unit commanders who give final instructions. Leaders make final inspections of loads to ensure that they are properly secured and that vehicles are ready to move. See Appendix Q for a sample convoy briefing. Radio operators are instructed to check their equipment and enter the net.

**5-7.    NIGHT CONVOYS.** Although night convoys are extremely vulnerable to ambush and sniper fire, CSS doctrine requires that the preponderance of resupply operations be conducted during hours of darkness. Units must be trained in techniques for night convoys, night loading and off-loading, and night refueling. Heed the following guidelines for night convoys--

- Keep night convoys small.
- Use roads that drivers know.
- Make maximum use of night vision devices.
- Rehearse movements.
- Conduct leader reconnaissance.

**FM 55-30**

Plan night moves in the same manner as daylight moves. However, night moves take longer and there is greater chance for mistakes, injury, and fratricide. When planning a night move, determine if the convoy will operate in an area that requires blackout drive. This decision will be made by the area commander.



**Figure 5-3. Flag placement on a vehicle**



**Figure 5-4. Placement of convoy clearance number**

**5-8.    CONVOY COMMANDER'S REPORT.** The convoy commander's report provides detailed information on convoy operations. It is a source of operational data that may be used in various reports as well as in planning future operations. Although this report is submitted upon completion of the convoy operation, the nature of the information recorded requires that it be maintained throughout the operation. See Appendix R for a sample report format.

**5-9.    HIGHWAY CONVOY OPERATIONS.** Main convoy routes, such as major highways and expressways, are usually characterized by heavy, fast-moving traffic. Entering, driving, and halting on these routes are extremely critical operations that require prior planning and coordination with civilian authorities.

       **a. Entering Convoy Routes.** The convoy should depart the assembly area at the time given in the movement order. Police support will reduce interference with other traffic and ensure the integrity of the convoy. Use the "close column formation" when moving from the assembly area to the main convoy route.

NOTE: Risk can be significantly reduced when civilian police assist by controlling civilian traffic. If a civilian police escort is not available, MPs or other military personnel should provide escort service. However, military escorts have no authority to instruct military drivers to disregard traffic control devices or signs.

Most expressways are equipped with entrance and exit ramps and acceleration and deceleration lanes that are designed to allow vehicles to enter and leave without interfering with other traffic. When used properly, these lanes greatly reduce the risk of traffic accidents and help in the movement of the convoy. The following instructions apply both to the initial point of entry to the expressway and the return to it from a rest halt area:

**FM 55-30**

• As mentioned previously, civilian police assistance should be obtained to direct convoy vehicles onto the expressway and to control civilian traffic. When civilian police are not present, use MP or other military personnel to signal military vehicles when it is safe to enter the expressway. Military traffic should not interfere with civilian traffic.

• Before driving onto the entrance ramp, close up convoy vehicles to a maximum distance of 20 yards. This reduces the time the entrance ramp is blocked to normal traffic (see Figure 5-5, page 5-18). Upon reaching the acceleration lane, increase convoy speed to equal as closely as possible that of other traffic on the expressway. The maximum speed authorized for military vehicles on expressways is 50 MPH. Military vehicles moving on controlled access highways will maintain the posted minimum speed or 40 MPH if a minimum speed is not posted. Vehicles that cannot maintain the posted minimum speed will be routed over an alternate noncontrolled access road (refer to AR 55-162). Do not exceed the minimum speed unless directed by the convoy commander. Under no circumstances will the posted maximum speed limit be exceeded.

• When moving into the traffic lane and before merging, the driver must ensure that lanes are clear of oncoming traffic.

• After entering the traffic lane, drivers should not immediately try to move to the prescribed distance for expressway convoy operations but continue for a distance equal to the road space of the column. Drivers should then gradually attain the distance between vehicles for expressway driving or as given by the operation order and the final briefing.

NOTE: Vehicles must not slow down or close up while in a traffic lane of the expressway.



**Figure 5-5. Entering and exiting an expressway**

b. **Driving on Expressways.** All vehicles must remain in the right lane once the convoy has entered the expressway. Where the right lane is reserved for traffic turning off at the next exit

ramp, the convoy should use the next adjacent lane. Drivers must be alert and prepared to slow down or take other evasive action to avoid vehicles entering the expressway from acceleration lanes.

If a vehicle develops mechanical trouble, the driver should turn on the appropriate turn signal to alert the vehicle behind him and move onto the shoulder of the road or into a parking area and wait for the arrival of the trail party. The remaining convoy vehicles should continue past the halted vehicle, leaving maintenance to be done by the trail party. The following actions will help drivers to avoid drowsiness or "highway hypnosis":

- Keep cab windows open.
- Shift body positions frequently.
- At rest halts, get out of the cab and move about.

---

**CAUTION**

Instruct convoy vehicle drivers NOT to give "clearance signals" to civilian vehicle operators. Responsibility for determining safe passing conditions rests with the driver desiring to pass.

---

c. **Exiting an Expressway.** To exit an expressway, either to enter a rest area or take another route, move vehicles to the deceleration lane at the earliest opportunity. Reduce speed to posted exit speed limit.

d. **Rest and Meal Halts on Conventional Highways.** Schedule rest halts so that the convoy will halt for 15 minutes at the end of the first hour of operation and 10 minutes every 2 hours thereafter. When a suitable area is not available at these periods, minor adjustments may be made to this schedule. On conventional highways with adequate off-shoulder parking space, rest and meal halts normally do not present a problem. However, the following precautions should be taken:

- Do not select rest areas located in urban or heavily populated areas.
- Avoid areas on curves or reverse sides of hills.
- Leave enough room to allow the vehicles to park off the paved portion of the road and return to the road safely.
- Maintain a minimum distance of 3 feet between parked vehicles.
- Place warning kit devices at the head and tail of the column unless the vehicles are completely off the highway and shoulder. Leave the flashing warning lights in operation and the headlights on. Post a guard behind the trail party with proper warning devices to alert, but not direct, approaching traffic.
- Do not permit convoy personnel, with the exception of guards posted at the head and tail of each halted march element, on the traffic side of vehicles except to perform prescribed maintenance.
- Make sure drivers and assistant drivers perform prescribed at-halt maintenance and check the security of cargo. Deficiencies that cannot be corrected by the vehicle crew should be reported to the serial commander.
- Check drivers for illness and fatigue.

**FM 55-30**

• Post guards at least 50 yards behind the last vehicle to warn traffic when departing a rest area. When police support is provided, this step may not be required. Convoy vehicles should return to the highway as rapidly and safely as possible.

e. **Rest and Meal Halts on Expressways.** Information on the location of rest areas and their truck parking capacities on expressways over which the convoy will move is available at each ITO. The designated federal or state rest areas planned for convoy use should be entered in item 20 of DD Form 1265.

Only emergency stopping is authorized on expressways. Official rest areas or parking areas may be used for scheduled halts of military convoys. On most expressways, these areas are located at 25- to 30-mile intervals. Normally, separate parking areas within the rest area are designated for truck and passenger car parking. Convoys should use the portion reserved for trucks. Ensure that there is space for other vehicles. Convoy vehicles should not occupy more than 50 percent of the truck parking space at any time. If the number of trucks in a convoy will exceed 50 percent of the truck parking area, organize the column into serials. Maintain a sufficient time gap between serials to allow one to clear a rest area before the following serial arrives. Or, you may schedule convoy serials into different rest areas; however, this separates serials to such an extent that control is reduced.

Normally, acceleration lanes are provided at rest areas to facilitate merging of vehicles with other traffic. The same procedures are used when departing a rest area as when making an initial entry onto an expressway.

Meal halts on expressways require careful planning because of their longer duration. If the selected rest area cannot accommodate all of the convoy vehicles, one of the following options can be taken:

• Phase the convoy into a rest area in serials with enough time gap to allow the preceding serial to eat and clear before the arrival of the next serial.
• Have all serials halt at about the same time but at different rest areas. However, this will require excessive gaps between elements, thus reducing the commander's control.
• Use the leapfrog method by requiring the first serial to halt at a rest area while the second serial continues on to the next area, usually 25 to 30 miles ahead. By the time the first serial has completed its halt and arrived at the area where the second serial stopped, the second serial should be ready to join the column.
• Leave the expressway and use a previously selected area. This option allows all personnel to take a meal halt at the same time.

f. **Refueling Halts.** The majority of military vehicles can travel 300 miles without refueling. Since this exceeds the distance a convoy normally travels in one day, arrangements for mass refueling before reaching the overnight halt are unnecessary. Vehicles with limited range should be refueled during the noon meal halt as well as during regular refueling halts.

g. **Toll Roads, Bridges, and Tunnels.** A convoy representative should be assigned to clear the convoy at the initial entrance to toll facilities and any intermediate points where tolls are collected. When possible, obtain toll tickets before the convoy departs from its point of origin.

When this is not feasible, the convoy representative should arrive at the toll facility entrance well ahead in advance to purchase tickets and arrange for the uninterrupted movement of the convoy through the toll facility.

   h. **Halts Due to Mechanical Failure.** A vehicle disabled because of mechanical failure should immediately be moved from the traffic lane to a location where it will not be a hazard to other traffic. If a breakdown occurs while driving on an expressway or highway, the driver should take immediate action appropriate to the time of day and degree of visibility in the area.

      (1) *Sunset to sunrise.* During the time that lights are required (sunset to sunrise) and when forward visibility is reduced to 500 feet or less, a reflector should be placed either in the obstructed lane or on the shoulder of the road if the vehicle is on or over the shoulder. Place the reflector to face the traffic using that lane. Do this before any attempt is made to repair the vehicle. Reflectors should be placed in the following order:

         • One reflector in the center of the lane of traffic occupied by the vehicle and not less than 40 paces (approximately 100 feet) from it in the direction of traffic approaching in that lane (see Figure 5-6). If the vehicle is on or over the shoulder and does not occupy a traffic lane, the warning device should be placed on the edge of the roadway so that the traffic lane is not blocked.
         • One reflector on the traffic side of the vehicle, four paces (approximately 10 feet) to its rear facing the traffic in that lane.
         • One reflector 40 paces from the vehicle in the opposite direction.
         • If the vehicle is stopped within 300 feet of a curve, crest of a hill, or other obstruction to view, the warning device in that direction should be placed so as to give ample warning to other users of the highway. However, the device should be placed not less than 80 paces or more than 120 paces from the vehicle (see Figure 5-7, page 5-22).

      (2) *Sunrise to sunset.* During the time lights are not required (normally sunrise to sunset), place red flags or reflectors with mounted flags at the distances prescribed for night. Since most warning kits contain only two flags, the reflector placed 10 feet behind the vehicle will not have a flag mounted on it. DO NOT use military personnel to warn drivers by manual flagging except where emergency warning devices do not give adequate warning to civilian traffic.



**Figure 5-6. Vehicle stopped, blocking two lanes**

**FM 55-30**

       **i. Accident Procedures.** If an accident occurs, every effort must be made to reduce its effects and to keep the convoy moving. If an accident happens in the convoy, the following steps should be taken:

- *Keep moving.* Only the vehicle immediately behind the vehicle should stop and render assistance.
- *Give first aid.* Give immediate attention to injuries according to FM 21-11.
- *Wait for assistance.* Do not move the damaged vehicle until an accident investigation has been completed by civilian police. Report any accident to civilian police IAW AR 385-40.
- *Clear the traffic lane.* The crew of the affected vehicle should make every effort to clear the traffic lane as soon as possible. In case of injuries, the crew of the assisting vehicle may be required to move the damaged vehicle.
- *Prepare the accident report.* Whenever a military vehicle is involved in ANY accident, the driver will prepare a SF 91.

On-the-spot information will be recorded on the form by the operator involved. If the operator is unable to prepare the report at the scene of the accident, it will be prepared by anyone so directed. The report must be completed and delivered to the operator's immediate supervisor as soon as possible for use in preparing DA Form 285.

Whenever state or local regulations require submission of accident reports to their agency, the report will be submitted first to the appropriate claims officer for review to ensure that the rights of the United States government are not prejudiced by admission of liability.

It is essential that personnel be trained to obtain all vital information at the scene of the accident and to complete all entries on the form. Information will often be unavailable after witnesses have left or vehicles have been removed from the scene of an accident. Each item of the report should be checked to make sure it gives a complete picture of facts leading to the accident and what occurred in the accident. If there is any question as to the validity of information obtained for the report, a notation should be made to this effect.

NOTE: When another driver is involved in the accident, his name should be obtained from his driver's permit.

The first officer or noncommissioned officer to arrive at the scene of the accident will take charge by supervising emergency aid, directing military traffic, warning civilian traffic, and directing placement of warning devices until the trail officer arrives. The trail officer, aided by available medical and maintenance personnel, will supervise and direct care of the injured and disposition of the damaged vehicles. Further assistance needed should be requested from the agencies listed in the convoy operation order.



**Figure 5-7. Halts under varying conditions due to mechanical failure**

j. **Vehicle Accidents Causing a Fire or Creating an Electrical or Fire Hazard.** Motor convoys travel mostly over highways in rural areas. Fire departments in these areas are widely scattered, and firefighters may have to travel a long distance to respond to an emergency. This means that convoy control personnel will probably be the first to arrive at the scene of the accident and must be prepared to rescue endangered personnel, attempt to control the fire, or take steps to prevent a fire. If the accident results in a vehicle fire, convoy supervisory personnel should take the following actions:

• Halt the control vehicle a safe distance from the fire. Direct the driver or other convoy personnel to notify the nearest fire department and police department, using the most expeditious means; for example, roadside emergency, service station, or private residence telephone. If radio communication is available, notify the convoy commander.

FM 55-30

•   Remove injured personnel from burning vehicles as quickly as possible, even when it means subjecting a person to further injury.  Follow established first aid procedures in caring for the injured before attempting to control fire in unoccupied vehicles.
•   Keep spectators at a safe distance.
•   Attempt to extinguish the fire with the control vehicle extinguisher, extinguishers from other vehicles, or with sand or mud.

In the event of an accident involving a truck carrying either explosives or hazardous cargo, supervisory personnel must take the following actions:

•   Approach cautiously.  Resist the urge to rush in; people involved in the accident cannot be helped or rescued until the hazards are known.
•   Move and keep people away from the scene.
•   Use the Emergency Response Guidebook as a guide.
•   Immediately notify all assisting agencies and personnel of the hazards involved.

If the accident results in a fire hazard, supervisory personnel should do the following:

•   Halt the control vehicle a safe distance from the accident.  Direct the driver or other convoy personnel to notify police and fire departments by the fastest means.  When radio communication is available, notify the convoy commander.
•   Turn off the ignition and lights of the vehicles involved.  Because of the possibility of sparks, do not remove battery cables unless absolutely necessary.
•   Remove injured personnel as soon as possible.
•   Keep spectators away from the area where flammable liquids are spilled or toxic fumes have accumulated.
•   Guard against smoking by spectators or cigarettes thrown from passing vehicles.  If personnel are available, post guards to warn passing vehicle drivers of a fire hazard.
•   Notify nearby residents when spillage may place them in danger.

If the accident involves high-tension power lines, an extremely dangerous situation exists.  The danger is even greater when the downed lines are touching a vehicle.  Convoy supervisory personnel will take the following steps:

•   Contact police immediately and explain the situation.  The police will be able to contact power company personnel for emergency assistance more quickly than convoy personnel.
•   Keep spectators at least 100 feet from downed wires.
•   If wires are touching any of the vehicles involved, direct the occupants to remain in place until power company workers can cut off the electricity and remove the wires.
•   In case of serious injury where death may be imminent unless rescue is effected, attempt to remove the wires, assist the injured from the vehicle, render first aid, and obtain medical assistance.

The following procedures are NOT routine. Perform the following when the possibility of death may result.

- Remove the wire from the vehicle by looping a completely dry fiber or cotton rope around it and pulling it free.
- Lift the wire from the vehicle using a completely dry-seasoned wooden pole.
- Reduce the risk of electrical shock by standing on a rubber vehicle floor mat, dry wooden planking, or other nonconductive material. Rescue personnel must be aware that the ground in the immediate vicinity of where a hot wire is touching may be charged and should be avoided.

k. **Convoy Commander's En Route Report to Clearance Authority**. During peacetime, administrative convoys will not normally be required to report their movement progress at origin, en route, and destination. If required, the convoy commander will provide an en route report to the next higher headquarters. During mobilization and selected exercises, special instructions included with the approved convoy clearance will direct the convoy commander to report to the appropriate headquarters upon departure, at selected halt locations, and upon arrival. The en route report will outline the position of the convoy. If the convoy requires more than one day, the report should include, as a minimum, the following information--

- Time of arrival at overnight stop.
- Estimated time of arrival at state lines on the following day.
- Complete details and circumstances of any accident or incident.
- Highway clearance number and convoy commander's name.

# CHAPTER 6

## CONVOY DEFENSE TECHNIQUES

The motor transport commander must ensure that his troops are trained in convoy defense techniques. The payoff is reduced vulnerability to hostile action and successful mission accomplishment. The damage a convoy incurs when attacked depends on the adequacy of convoy defense training. It also depends on the adequacy of the briefing that convoy personnel receive before the operation (Appendix Q).

Some elements of convoy defense training are routine. The key is to train to react rapidly to any situation. Successful accomplishment of your mission and your life depend on it.

This chapter covers a broad range of convoy defense techniques to be employed against a variety of threats. Keep in mind that Chapter 3 discussed the threat.

**6-1.    AIR ATTACK.** The air threat varies from UAV, cruise missiles, and armed helicopters to high-performance aircraft. Convoys face the greatest danger of an air attack while moving along open roads or during halts where there is little or no overhead cover.

An air attack is a type of ambush. Accordingly, many of the procedures used during a ground ambush also apply to the air attack. For example, the convoy commander must--

- Prescribe alarm signals (unit SOP) (see FM 44-3 for more information on alarms).
- Give instructions for actions to take when under attack.
- Prescribe actions to take in the absence of orders.
- Ensure that defense procedures are rehearsed.
- Review the procedures with convoy personnel before the convoy moves out.

The convoy commander should remember that enemy pilots will seek out and try to surprise the convoy. They will fly at a low, terrain masking altitude. If they attack from higher than 350 meters, small arms fire will have no effect against them, but air defense weapons can be used against them effectively. Enemy pilots will also fly at high speed to make air defense weapons and small arms fire less effective.

    a. **Active Defense.** The amount of fire a logistical convoy can bring to bear on attacking aircraft is extremely limited. It is limited to the number of vehicles with mounted machine guns and the individual weapons of operators and passengers. Although the convoy is not totally defenseless, it is no match for a skilled pilot in a modern ground attack jet aircraft. The convoy's capability to defend itself is slightly better against the slower and sometimes more vulnerable ground attack helicopter. At best, the convoy without air defense protection is extremely limited in its ability to defend against air attack.

The key to effective small arms fire against aircraft is volume. Put up a large volume of fire with small caliber weapons. Volume small arms fire comes from knowing the effectiveness of small arms fire on low-flying aircraft. Training ensures accuracy and builds confidence.

**FM 55-30**

(1) *Firing positions*. Except for the prone position, the riflemen's basic firing stances stay the same (Figure 6-1). Firing at aircraft from the prone position means the firer is lying on his back, aiming his rifle into the air. Maximum use of cover and concealment is essential. A crew served weapons gunner should fire from a protected position if possible. He needs to get the weapon up in the air. He can hold it up or use a support for his arms and the weapon. In a real emergency, another soldier can act as a hasty firing support.

(2) *Tips for small arms defense*. The following are tips for small arms defense:

- Shoot any attacking aircraft or unauthorized UAV.
- Fire at the nose of an aircraft; fire at the fuselage of a hovering helicopter or slightly above the nose of a moving helicopter.
- Fire in volume--everybody shoots.
- Lead aircraft crossing your position (M16 and M60 lead jets the length of one football field).
- Take cover if time allows.
- Support your weapon if possible.
- Lie on your back if caught in the open.
- Aim mounted machine guns slightly above the aircraft nose for head-on targets.
- Control small arms fire so attacking aircraft flies throughout it.

b. **Passive Defense.** For a logistical convoy, normally without significant air defense firepower, passive measures are most effective. The key is to prevent attacks by hostile aircraft.

(1) *Dispersion*. The formation used by the convoy is a type of passive defense. The convoy commander must decide whether to use an open or closed column. The distance between vehicles must not be fixed. It should vary from time to time during a march. Factors influencing selection of the best vehicle distance include:

- Mission.
- Cover and concealment along the route.
- Length of the road march.
- Type of road surface.
- Types of vehicles.
- Nature of cargo.
- Enemy threat (ground and air).
- Available defense support.
- Small arms potential.

(2) *Open column*. Open column convoys generally maintain an 80- to 100-meter distance between vehicles. This formation offers an advantage of fewer vehicles damaged by air-to-ground rockets, cannons, or cluster bomb units. However, open columns make control more difficult for the convoy commander when it is necessary to give orders to stop, continue, disperse and seek concealment, or engage aircraft. The column may be more susceptible to attack. It is exposed for a

6-2

**FM 55-30**

longer period and, if attacked, its defense is less effective since its small arms fire is less concentrated.

FM 55-30



**Figure 6-1. Firing positions**

(3) *Close column*.  Close columns maintain a distance of less than 80 meters between vehicles.  This formation has none of the disadvantages noted for the open column formation.  However, presenting a bunched up target could be an overriding disadvantage.  Where an air attack is likely, it may be wise for the convoy commander to move close column convoys only at night.

(4) *Camouflage and concealment*.  Camouflage and concealment techniques can make it more difficult for the enemy to spot the convoy.  Not much can be done to change the shape of a vehicle moving down the road, but the type of cargo can be disguised or concealed by covering it with a tarpaulin.  Bulk fuel transporters (tankers) are usually priority targets.  Rigging tarps and bows over the cargo compartment conceals the nature of the cargo from the enemy pilot. The following are other effective passive measures:

- The operator should look for a bush, tree, or some other means of concealment to break the shape as seen from the air (Figure 6-2).
- Smooth surfaces and objects, such as windshields, headlights, and mirrors, will reflect light and attract the pilot's attention.  Camouflage or cover all shiny items before the convoy moves out.
- If vehicles are not already painted in a pattern to blend with the terrain and to break the outline, mud can be used to achieve this effect.

(5) *Air guard duties*.  Assign air guard duties to specific individuals throughout the convoy, and give each specific search areas.  If the road march lasts more than an hour, soldiers should take shifts at air guard duty.  Scanning for a long period dulls the ability to spot aircraft. Seeing the enemy first tips the odds in favor of the convoy, giving it time to react.  See FM 44-3 for search and scan procedures.

(6) *Communications security*.  Today's communications equipment can be very useful for controlling convoys, but it can also help enemy pilots find you.  Use the radio only when necessary and be brief.  See Appendix S for added COMSEC precautions.

c.  **Passive Reactions**.  When aircraft are spotted or early warning is received, the convoy commander has three options:  stop in place, continue to march, or disperse quickly to concealed positions (Figure 6-3, page 6-6).

If the convoy commander chooses to halt the convoy, the vehicles simply pull to the shoulder of the road in a herringbone pattern.  This technique has several advantages:

- It is harder for the enemy pilot to see the convoy when it is halted than when it continues to move.
- It is easy to continue the march after the attack.
- The volume and density of organic weapons will be higher than if the convoy disperses.

A disadvantage to this option is that a convoy stopped on the open road makes a good target and an enemy attack has a better chance of causing greater damage to the unit.

FM 55-30

The mission and/or terrain may dictate that the march continue. If this is the case, convoy speed should be increased. Continuing the march offers the advantage of presenting a moving target, making it more difficult for the enemy to hit. However, detection is easier and volume and density of small arms fire are reduced.

A simple technique to disperse vehicles is to establish a method in the SOP that, in the event of an attack, odd-numbered vehicles go to the left and even-numbered vehicles go to the right. The key to dispersion is not to make two straight lines out of what was one long line; the vehicles must be staggered (Figure 6-4, page 6-6). This should not be much of a problem if the drivers have been trained to go to trees, bushes, folds in the ground, and so forth, that will give concealment. Once the convoy is dispersed, all personnel, except for vehicular-mounted weapon gunners, dismount and take up firing positions.

Advantages of this option are that it is more difficult for the enemy pilot to detect the vehicles and get multiple hits. However, this method has several disadvantages:

- It is easier for the enemy pilot to spot the convoy as it begins to disperse.
- The volume and density of small arms fire are reduced.
- It takes longer to reorganize the convoy after the attack.



**Figure 6-2. Dispersing vehicles seek cover for protection against air observation**



**Figure 6-3.  Dispersed vehicles in concealed positions**



**Figure 6-4.  Vehicles moving to dispersed positions on road shoulders**

**FM 55-30**

**6-2.     ARTILLERY OR INDIRECT FIRE.** Enemy artillery units or indirect fire weapons may be used to destroy logistical convoys or to harass and interdict the forward movement of supplies and personnel. Artillery fires are either preplanned fires or fires called in and adjusted on a target of opportunity by a forward observer. Of the two, the adjusted fires present the most complex problem as the artillery barrages can be adjusted to follow the actions of the convoy.

a. **Active Defense.** Active defensive measures against artillery are extremely limited but must not be overlooked. Active measures include--

- Directing counterbattery fire if the direction and approximate distance to the enemy artillery can be estimated.
- Directing small arms fire or artillery fires against the enemy FO if he can be located.
- Coordinating air strikes against the enemy artillery.

b. **Passive Defense.** The formation in which the convoy moves can be a type of passive defense. See the discussion of open and closed convoys under Passive Defense for Air Attacks. The convoy commander has three options when confronted with incoming artillery rounds: halt in place, continue to march, or disperse quickly to concealed positions. Regardless of the option selected, the actions to be taken and the signal directing the action should be covered in the unit SOP. The primary consideration is the immediate departure from the impact area.

The convoy should only be halted when the artillery concentration is ahead of the convoy. The convoy commander should look for an alternate route around the impact area and the convoy should remain prepared to move out rapidly.

The mission or terrain may require the convoy to continue. If this is the case, increase speed and spread out to the maximum extent the terrain will allow. Casualties can be reduced by avoiding the impact area, increasing speed, wearing protective equipment, using the vehicle for protection, and increasing dispersion.

**6-3.     SNIPER FIRE.** Take extreme caution when sniper fire is received to ensure that any return fire does not harm friendly troops or civilians in the area. The best actions are passive. Ensure all personnel wear Kevlar helmets and available body armor at all times. All vehicles should move through the area without stopping. Escort personnel should notify the march element commander by giving a prearranged signal, like a smoke grenade thrown in the direction of fire, and attempt to locate and destroy the sniper by long-range fire if in a free-fire zone.

NOTE: Prevent convoy personnel from random firing by designating personnel to return fire. Do not return fire in a no-fire zone.

The convoy commander may order additional fire or supporting forces into the area to destroy, capture, or drive off the sniper. Convoy personnel should be aware that a heavy volume of fire is frequently used by the enemy to slow down a convoy before an ambush.

NOTE: Remember all details so the incident can be reported to higher headquarters.

**6-4.   AMBUSH.** This paragraph provides guidance in developing and employing counterambush tactics and techniques. The very nature of an ambush--a surprise attack from a concealed position--places an ambushed unit at a disadvantage. Combat situations may prevent a convoy from taking all the measures necessary to avoid being ambushed. Therefore, a convoy must take all possible measures to reduce its vulnerability. These are passive measures supplemented by active measures taken to destroy or escape from an ambush. For information on the types of ambushes, see FM 21-75.

No single defensive measure, or combination of measures, will prevent or effectively counter all ambushes in a situation. The effectiveness of counterambush measures is directly related to the state of training of troops and the leadership ability of the leaders.

The best defense is to avoid being ambushed. Take the following actions to avoid an ambush:

- Select the best route for your convoy.
- Make a map reconnaissance.
- Make a ground reconnaissance.
- Make an aerial reconnaissance.
- Obtain current intelligence information.
- Use OPSEC to deny the enemy foreknowledge of the convoy.
- Do not present a profitable target.
- Never schedule routine times or routes.

Take the following actions to reduce the effectiveness of ambushes:

- Harden vehicles.
- Cover loads.
- Space prime targets throughout the convoy.
- Wear protective clothing.
- Use assistant drivers.
- Carry troops and supplies.
- Use prearranged signals to warn the convoy of an ambush.
- Use escort vehicles (military police, tanks, armored vehicles) or gun trucks.
- Thoroughly brief all convoy personnel on immediate action drills.
- Practice immediate action drills.
- Maintain the interval between vehicles.
- Move through the kill zone, if possible.
- Stop short of the ambush.
- Do not block the road.
- Rapidly respond to orders.
- Aggressively return fire.
- Counterattack with escort vehicles.
- Call for artillery support.
- Call in TACAIR support.
- Call for the reserve force.

FM 55-30

- In the event of ambush during night convoy operations under blackout drive, turn on service drive lights and increase speed to clear the ambush area. Be aware that drivers wearing night vision goggles will be temporarily blinded when service drive is turned on.

a. **Road Not Blocked.** Guerrillas are seldom able to contain an entire convoy in a single kill zone. This is due to the extensive road space occupied by even a platoon-size convoy and because security or lack of available forces may limit the size of the ambushing force. More often, a part of a convoy is ambushed--either the head, tail, or a section of the main body. That part of the convoy that is in the kill zone and receiving fire must exit the kill zone as quickly as possible if the road to the front is open. Vehicles disabled by enemy fire are left behind or, if blocking the road, pushed out of the way by following vehicles. Armored escort vehicles must not block convoy vehicles by halting in the traveled portion of the road to return fire.

Vehicles that have not entered the kill zone must not attempt to do so. They should stop and personnel should dismount, take up a good defensive position, and await instructions. Since escort vehicles may have left the road to attempt to overrun a hostile position, elements of the convoy should not fire on suspected enemy positions without coordinating with the escort forces.

Other actions that convoy personnel can take to neutralize the ambush force include:

- Call for artillery fire on enemy positions.
- Call for gunship or tactical air or army aviation fire on enemy positions.
- Direct gun trucks and other vehicles mounted with weapons to lay down a heavy volume of fire on the ambush force.
- Call for reaction forces.
- Direct all nondriving personnel to place a heavy volume of fire on enemy forces as rapidly as possible as vehicles move out of the kill zone.

NOTE: Vehicles must keep their distance to reduce the number of vehicles in the kill zone.

A motor transport convoy with a limited escort is seldom able to defeat a hostile force and should not attempt to do so. When part of the convoy is isolated in the kill zone, vehicles that have not entered the ambush area must not attempt to do so. They should stop; personnel should dismount, take up a good defensive position, and await instructions until supporting forces have cleared the ambush. Normally, a transport unit will not deploy to attack a hostile force unless it is necessary to prevent destruction of the convoy element. It relies on supporting air, artillery, escorts, and reaction forces.

b. **Road Blocked.** When an element of a convoy is halted in the kill zone and is unable to proceed because of disabled vehicles, a damaged bridge, or other obstacle, personnel will dismount, take cover, and return a maximum volume of fire on enemy positions. When dismounting, exit the vehicle away from the direction of enemy fire. Security/escort troops from vehicles that have passed through the ambush area dismount and lay down a base of fire on the ambush position. Reaction forces should be called in as soon as the ambush attack is launched. When a security escort is provided and a combat emergency arises, the escort commander has operational control of the security element to attack and neutralize the hostile force. Normally, the security force will take action to neutralize the ambush while the convoy escapes from the kill zone. In an ambush situation, immediate reaction and aggressive leadership are essential to limit casualties and damage to vehicles, cargo, and personnel. If immediate air or artillery support is available, personnel will be restricted to a specified distance from the road to avoid casualties from friendly fire. In this situation, personnel

6-10

in the kill zone establish a base of fire, while others take up defensive positions away from their vehicles and wait while supporting fire is called in on the enemy positions. Fire in the kill zone may be from only one side of the road with a small holding force on the opposite side. To contain the convoy element in the kill zone, mines and booby traps are frequently placed on the holding force side. The security escort must take care in assaulting the main ambush force as mines and booby traps are commonly used to protect its flanks.

When the enemy is dislodged, the road must be cleared and convoy movement resumed as soon as possible. Wounded personnel are evacuated using the fastest possible mode. When disabled vehicles cannot be towed, their cargo should be distributed among other vehicles if time permits. When it is not feasible to evacuate vehicles and/or cargo, they will be destroyed upon order from the convoy commander. If at all possible, radios and other critical items will be recovered before the vehicles are destroyed. Under no circumstances will they be allowed to fall into enemy hands.

   c. **Mines and Booby Traps.** Mines and booby traps are frequently part of an ambush. Command-detonated mines are often used to start an ambush. Mines will also be planted along the shoulder of the road for harassment and interdiction. A booby trap system may be used against personnel in vehicles and could consist of hand grenades. Claymore mines or artillery shells may be suspended from trees and command-detonated when a vehicle passes.

The following guidelines have proven effective in decreasing damage by mines in convoy operations:

- Track the vehicle in front.
- Avoid driving on the shoulder of the road.
- Whenever possible, do not run over foreign objects, brush, or grass in the road.
- Avoid fresh earth in the road.
- Watch local national traffic and the reactions of people on foot. (They will frequently give away the location of any mines or booby traps.)
- When possible, arrange for the engineers to sweep the road immediately before the convoy is scheduled to move over it.
- Use heavy vehicles such as tanks to explode small mines when deployed in front of the convoy.
- Harden vehicles.
- Wear protective equipment.

**6-5.    NUCLEAR, BIOLOGICAL, OR CHEMICAL ATTACKS.** Chemical agents can be disseminated by artillery fire, mortar fire, rockets, missiles, aircraft spray bombs, grenades, and land mines. Always be alert because agents may already be present on the ground or in the air. Chemical agents are substances in either gaseous, liquid, or solid form. To protect against an NBC attack, you need to know how those agents may affect your body if they are used against you. Take defensive actions according to local directives and SOPs. For detailed information on defense against NBC warfare, see FMs 3-4, 3-5, and 3-100.

## CHAPTER 9

## PREVENTIVE MAINTENANCE

> The primary mission of motor transport companies is to support combat units engaged in winning the battle. Deadlined equipment is not conducive to the accomplishment of this mission. While limited repairs and higher echelon maintenance are expected, problems can be greatly reduced by properly operating and caring for the equipment. Other measures include conducting timely preventive maintenance, supervising preventive maintenance, and promoting competition to realize maintenance standards and reward achievement.
>
> This chapter discusses preventive maintenance responsibilities. It should be used as a guide for commanders, platoon leaders, vehicle and equipment operators, and other responsible personnel. Because preventive maintenance requires the use of POL and hazardous materials, SOPs must cover proper storage and disposal, spill response, and compliance with applicable environmental regulations

**9-1.    RESPONSIBILITIES.** The object of preventive maintenance is to avert equipment failure by finding and fixing minor problems before major defects occur. The company commander is responsible for preventive maintenance on all organic equipment. Platoon leaders, aided by platoon sergeants and squad leaders, are responsible to the company commander for supervising preventive maintenance, providing technical advice and assistance to operators performing preventive maintenance, and reporting required repairs that are beyond the scope of preventive maintenance. The equipment operator is responsible for doing the required preventive maintenance on his equipment.

Where possible, all operators should be permanently assigned to their equipment. No one else should operate the equipment except in an emergency.

　　　a. **Platoon Leader.** The platoon leader is the cornerstone of the total maintenance system. He is responsible to the company commander for user maintenance on all equipment in his platoon. This includes the platoon's weapons, tentage, protective masks, and communications equipment, as well as vehicles. His leadership ability and job performance greatly affect unit mission effectiveness.

It may be difficult for the platoon leader to establish a rigid maintenance schedule covering all his equipment. Maintenance depends largely on the needs of each piece of equipment.

The following guidelines can help the platoon leader with his maintenance responsibilities. These tips apply to all equipment:

- Clearly define what is expected from each platoon member.
- Explain what maintenance each member is responsible for.
- Delegate supervisory responsibility for preventive maintenance to the platoon sergeant and squad leaders.
- Establish high standards of maintenance and spot-check the equipment.
- Recognize special effort with incentive awards.

**FM 55-30**

- Have the operator present during technical inspections.
- Have the platoon sergeant and squad leaders present during supervised maintenance periods.
- Ensure all operator maintenance is done before equipment goes in for unit-level maintenance.
- Have the operators assist mechanics during unit-level maintenance.
- Check areas of responsibility to ensure members of the platoon are doing their jobs.

b. **Operator.** Preventive maintenance performed by the operator is accomplished according to the -10 TM. It includes cleaning, inspecting, servicing, preserving, lubricating, adjusting, and spot-painting. It also includes making minor replacements that can be done with hand tools in the BILI for the equipment. These services are generally done IAW the following schedule:

- Before-operations service includes checks and services done at the start of each day's operation, IAW the -10 TM for the vehicle. This ensures that the equipment is operational and safe and has not been damaged since the last service.
- During-operations service includes checks and services done during vehicle operations. The operator observes the gauges and listens for unusual noises. He looks for malfunctions and, if possible, corrects them. He reports on return faults he cannot correct. If continued operation would damage the equipment or cause personal injury, the vehicle should be shut off and recovered.
- After-operations service is usually done at the close of each day's operation. The operator should clean, refuel, and service the vehicle as needed and report any faults he cannot correct to the squad leader.
- Scheduled service includes most of the before- and after-operation services. Operator services, during-operations services, and certain other services are done less frequently. Weekly and monthly services are types of scheduled services.

**9-2.    MAINTENANCE CHECKLISTS AND REFERENCES.** See Appendix T for a checklist to use as a general guide in inspecting semitrailers. More information may be found in the following references:

- *Operator's manual.* The operator's manual (-10 TM) for the specific piece of equipment is the primary guide to use in preventive maintenance. This manual gives information needed to find and fix problems discovered during preventive maintenance checks or equipment operation. It lists possible problems, explains what may cause them, and suggests how to correct them. Problems not covered in the -10 TM should be reported to unit maintenance.
- *DA Pamphlet 738-750.* This publication contains detailed information on the forms and records used to document maintenance services.