**EXHIBIT C**

**Army Regulation 715-9**

Logistics

# Contractors Accompanying the Force

Headquarters
Department of the Army
Washington, DC
29 October 1999

Headquarters  
Department of the Army  
Washington, DC  
29 October 1999

Army Regulation 715-9

Effective 29 November 1999

Logistics

# Contractors Accompanying the Force

*Louis Caldera*  
*Secretary of the Army*

**History.** This is a new Army regulation.

**Summary.** This regulation prescribes policies, procedures, and responsibilities for a disciplined approach to managing and using contracted U.S. citizens whom are deployed to support Army requirements. It implements the definitions and guidance included in DODI 3020.37, Continuation of Essential DOD Contractor Services During Crises. It describes both existing, and maturing concepts, responsibilities, policy, implementing procedures, and is intended to evolve as Army doctrine is developed and refined.

**Applicability.** This regulation applies to the Active Army, the Army National Guard (ARNG), and the U.S. Army Reserve (USAR).

**Proponent and exception authority.** The proponent agency of this regulation is the Deputy Chief of Staff for Logistics (DCSLOG). The proponent has the authority to approve exceptions to this regulation that are consistent with controlling law and regulation. Proponents may delegate the approval authority, in writing, to a division chief, within the proponent agency in the grade of colonel or the civilian equivalent.

**Army management control process.** This regulation does not contain management control provisions.

**Supplementation.** Supplementation of this regulation and establishment of forms other than DA Forms are prohibited without prior approval from HQDA (DALO-POD), 500 Army Pentagon, Washington, DC 20310-0500.

**Suggested improvements.** Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publications and Blank Forms) directly to HQDA (DALO-POD), WASH DC 20310-0500.

**Distribution.** This publication is available in electronic media only and is intended for command levels C, D, and E for the Active Army, Army National Guard and the U.S. Army Reserve.

*Table of Contents*

**Chapter 1** ....................................................................................................................**4**
   **Introduction**............................................................................................................**4**
      1-1.   Purpose ........................................................................................................4
      1-2.   References....................................................................................................4
      1-3.   Explanation of abbreviations and terms ........................................................4
      1-4.   Concept ........................................................................................................4
      1-5.   Responsibilities ............................................................................................4
**Chapter 2** ..................................................................................................................**10**
   **Policies**..................................................................................................................**10**
      2-1.   General........................................................................................................10
      2-2.   Operational Plans .......................................................................................11
      2-3.   Force Structure...........................................................................................11
      2-4.   Contract Security Classifications ................................................................12
**Chapter 3** ..................................................................................................................**12**
   **Procedures**............................................................................................................**12**
      3-1.   General Support Service Contract Considerations ....................................12
      3-2.   Specific Support Service Contract Considerations ....................................13
      3-3.   Support Service Contract Limitations..........................................................15
      3-4.   Procedures for Regions Without Host Nation Support Agreements..................15
      3-5.   Procedures for Regions With Host Nation Support ...................................15
**Appendix A**...............................................................................................................**16**
   *Section I Required Publications* ............................................................................. *16*
   *Section II Related Publications* ............................................................................... *16*
   *Section III Prescribed Forms*................................................................................... *17*
   *Section IV Referenced Forms* ................................................................................. *17*
**Glossary** ...................................................................................................................**18**
   *Section I Abbreviations*........................................................................................... *18*
   *Section II Terms*...................................................................................................... *20*
   *Section III Special Abbreviations and Terms* ......................................................... *22*

g. Legal status of contractors and contractor employees. In an area of operations where an international agreement authorizes the presence of US forces (stationing agreement) or regulates their status (SOFA), the status of contractors and their employees, under local law, must also be established by international agreement. Contract provisions or military regulations denoting the contractor as "part of the force" will not suffice to establish such status. When relevant agreements do not address the issue of status for contractors and their employees, the contractor may be unable to perform. If able to perform, the costs may be prohibitive. In the absence of a controlling agreement, a corporate contractor may be unable to gain entry into the foreign country or, if allowed to enter, may be treated, under local law, as a foreign corporation and subjected to local regulation, taxation and customs restrictions. Similarly, in the absence of agreement, the contractor's employees may be unable to enter the foreign country or, if allowed to enter, may be subjected to restrictions imposed on foreign labor. Additionally, unless otherwise provided by international agreement, neither the contractor, nor its employees, will enjoy any immunity from local civil or criminal jurisdiction and will be ineligible to receive customs or tax-free logistic support from the US forces.

h. Using ordering contracts and agreements that cover multiple functional areas can reduce procurement lead-times. Additionally, ordering contracts and agreements allow for administering each order by other than a warranted contracting officer.

i. Each contract will specify what support, property, and training the Army will furnish to the contractor prior to execution. It is the Army's desire to minimize military support to contractors. The level of Army support contractor employees depends upon the particular situation and location the contractor is tasked to support. In some situations, the Army may decide to use other contractors or host nation resources to support contractors.

j. The contract must specifically address the issue of responsibility for storage, maintenance, accountability, and testing of all property, equipment, information, and services furnished by the Government.

k. For purposes of accountability and tracking, during operations-other-than-war, property, equipment, information, and services furnished to the contractor(s) by the Government shall be reported to the applicable MACOM(s).

l. It is possible that a dormant contract, or contract provisions for contending with wartime operations planned for introduction into peacetime contracts, could have such political effect as to require reporting in accordance with AR 550-51. These dormant contracts and provisions shall be reviewed by command legal advisers to determine whether reporting is required.

m. A rigid contract surveillance program is necessary to ensure that the associated contractors maintain the required readiness posture. This surveillance program should provide for periodic inspections of equipment and performance tests of some or all of the covered services.

## 3-2. Specific Support Service Contract Considerations

a. Contract development and award activities may be accomplished using organic resources, functional MACOMs (i.e., MTMC, AMC, and so forth), other services as coordinated by supported unified command, and ASCCs.

b. During the contract award process, MACOMs should consider the following to ensure the required services are received during operations-other-than-war and wartime operations:

(1) Offerors should have a clear understanding of the Government's requirement(s).

(2) The property, material, equipment, information and services, which the Government intends to provide under the resultant contract should be clearly identified to each Offeror.

(3) Offerors must submit a plan for assuring their capability to perform in wartime operations. This includes, if appropriate, the identification of contractor emergency-essential positions and necessary agreements obtained from the employees to remain on the job during wartime operations.

(4) Offerors should be informed of the insurance available under the Defense Base Act and Longshoreman's and Harbor Workers Compensation Act administered by the Department of Labor.

c. Commercial firm(s) providing battlefield support services will supervise and manage functions of their employees, as well as maintain on-site liaison with functional U.S. organizations.

d. Commercial contract personnel may be employed in Areas of Operations (AO), as required, to provide support services to Army operations and/or weapon systems. Most often, these personnel will be assigned duties at Echelons-Above-Division (EAD). Should the senior military commander determine that their services are required at lower echelons, they may perform their support services as far forward as needed, on a temporary basis, consistent with the terms of the contract and the tactical situation.

e. Similar to the military chain-of-command, command and control of commercial support service personnel will be defined by the terms and conditions of the contract. The cognizant contracting officer or his/her designated representative(s) will monitor contractor performance and maintain day-to-day liaison activities. Their primary focus shall be on requesting and/or receiving the support services dictated by the needs of the combatant commander's plan. The cognizant contracting officer is the only government official with the authority to increase, decrease or materially alter a contract's scope of work.

f. The commercial firm(s) providing the battlefield support services will perform the necessary supervisory and management functions of their employees. Contractor employees are not under the direct supervision of military personnel in the chain-of-command. The contracting officer (KO), or their designated liaison (contracting officer's representative (COR), is responsible for monitoring and implementing contractor performance requirements; however, contractor employees will be expected to adhere to all guidance and obey all instructions and general orders issued by the Theater Commander. In the event instructions or orders of the Theater Commander are violated, the Theater Commander may limit access to facilities and/or revoke any special status a contractor employee has as an individual accompanying the force to include directing the Contracting Officer to demand that the contractor replace the individual.

g. The commercial firms providing battlefield support services will provide on-site liaison with functional U.S. organizations through communication systems compatible with those belonging to these same organizations.

h. Contractors are required to comply with safety, environmental and transportation requirements as outlined in the applicable contractual documents.