# EXHIBIT D





# Presentation of Collateral Investigation of Private First Class Marquis A. Whitaker

**"ALWAYS READY"**



# Agenda

- 2nd ACR Task Organization
- Regimental Support Squadron Task Organization
- Supply & Transport Troop's Task Organization
- Investigation Methodology
- Mission
- Facts and Findings
- Mission Route Diagram
- Accident Site Diagrams
- Actions Taken By Command
- Conclusion



**"ALWAYS READY"**



# 2nd Armored Cavalry Regiment

**TOTAL SOLDIERS**

4500

**TOTAL WEAPONS SYSTEMS**

108 - HMMWV TOW
180 - HMMWV SCT
24 - 155mm Towed
18 - 120mm Mtr
33 - OH58D
10 - UH60A
24 - Avenger

## "ALWAYS READY"



# Regimental Support Squadron

Headquarter & Headquarters Troop

Supply & Transport Troop

Maintenance Troop

Medical Troop

Aviation Intermediate Maintenance Troop

**TOTAL SOLDIERS: 752**

**"ALWAYS READY"**



# Supply and Transport Troop

**Headquarters Platoon** — HQ

**Supply Platoon**

**Fuel and Water Platoon**

**Heavy TMT-Heavy Platoon**

**Light TMT-Light (Gun Truck) Platoon**

TOTAL SOLDIERS: 150

"ALWAYS READY"



# Investigation Methodology

- Appointment of an Lieutenant Colonel as an investigating officer, ratified by the Court-Martial Convening Authority, MG Dempsey.

- Followed in detail the AR 15-6 investigation procedures.

- Investigated the site, interviewed personnel at the site, reviewed equipment status.

- Analyzed information from the investigation, attempted to determine cause of accident and recommend any needed corrective actions.

**"ALWAYS READY"**

2

# Mission

Supply and Transport Troop was tasked to provide armed escorts for contracted line haul trucks from Al Kut back to Convoy Support Center Scania on 27 April 2004.

Specialist Whitaker was the driver of the third escort vehicle. The vehicle he was driving was between the second and third contracted line haul trucks



**"ALWAYS READY"**



# Mission Route Diagram

**Al Kut**

← Direction of Travel

27 miles

**An Numaniyah**

18 miles

**Accident Site**

20 miles

**Convoy Support Center Scania**

"ALWAYS READY"

**One Way Distance = 64 miles**
**Round Trip Distance = 128 miles**

0008



Order of March from FOB Delta (Al-Kut) to CSC Scania.  SP 27 1300 APR 04

Direction of travel

N

Convoy speed is approximately 40 mph and is reduced to 30-35 mph to cross bridge

Road is flat and dry with some small pot holes and loose gravel on the shoulder of the road.

25 Meter interval between vehicles

Weather is clear and dry

S&T 3
TCN 1

S&T 1
TCN 2

S&T 6
TCN 3

TCN 4

S&T 26

DVR: SPC Wilson
GNR: SPC Williams
TC: 2LT Steiner (OIC)
Equipped with Mobile Tracking System (MTS)

DVR: PFC Shook
GNR: SPC Jobe
TC: SSG Rouse-Rainey (NCOIC)

DVR: Quaisar Kahn

DVR: PFC Whitaker
GNR: SPC Ragiles
TC: SGT Ritter
PAX: SPC Cabellero (Medic)

DVR: Hussain Kizhikkinam

DVR: SGT Gale
GNR: PFC Karst
TC: PFC Roberts

0009



# Accident Site Diagram with Dimensions



N

IPF CP

Concrete
Bridge

24' Wide

Guard Rails

Direction
of travel

Both bridges
have a
heading of
221 degrees

Both bridges are
approximately
15' above the
aqueduct

Engineer
Bridge



Width of bridge with
HMMWV on North side



Concrete Bridge

Engineer Bridge

N







# Sequence of Events TCN #2 Collides with right side of the Bridge

Direction of travel

N

IPF CP

TCN 2

S&T 3

TCN 1

S&T 1

S&T 6

TCN 3

TCN 4

S&T

26

# TCN #2 Falling off bridge; S&T 6 brakes to a halt.

Direction
of travel

N

IPF CP

S&T 3

TCN 1

S&T 1

S&T 6

TCN 3

TCN 4

S&T 26



# TCN #3 Collides with S&T 6

Direction of travel

N

IPF CP

S&T 3

TCN 1

S&T 1

S&T 6

TCN 3

TCN 4

S&T 26

# TCN #3 Continues to move to far side of bridge; S&T 6 final resting place on bridge



Direction of travel

TCN 1

S&T 1

S&T 6

TCN 3

TCN 4

S&T 3

S&T 26

IPF CP

N

# Final vehicle positions; PFC Whitaker falls into aqueduct.

Direction of travel

TCN 1

TCN 3

TCN 4

S&T 1

PFC Shook Dismounts and heads towards water

S&T 6

S&T 26

S&T 3

PFC Roberts dismounts and heads towards water

N

IPF CP



# Actions from Time of Accident

- At Approximately 2pm local time:
  - PFC Whitaker takes off seat belt, steps out of vehicle, and falls into canal.

- Within Seconds:
  - PFC Roberts drops Kevlar helmet and Body armor and jumps in after PFC Whitaker.
  - PFC Whitaker struggling with weight of body armor and resisting PFC Roberts.
  - PFC Roberts begins to drown trying to keep PFC Whitaker above water.



**"ALWAYS READY"**



# Actions from Time of Accident



- Within 4 min
  - PFC Shook drops Kevlar, Body armor and boots and jumps in canal to help PFC Roberts and PFC Whitaker.
- Within 5 min
  - PFC Shook reaches PFC Roberts and pushes him to shore, PFC Whitaker has gone under the water.
  - PFC Shook dives under for PFC Whitaker but cannot find the soldier.
  - Security established around bridge and canal search area.

**"ALWAYS READY"**



# Actions from Time of Accident

- Within 20 minutes

  – Soldiers with ropes around their waists wading into the canal to search for PFC Whitaker.

  – OH-58D Kiowa Warrior Helicopters orbiting site

  – Foot patrols searching sides and banks of canals for about 1.5 kilometers down-current from bridge.

- Within 30 minutes

  – Rope bridge established approximately 500 meters down the canal over the top of a pipe running across the canal. Soldiers with ropes around waists now going in from the center of the canal from rope bridge to search for PFC Whitaker.

**"ALWAYS READY"**

0022



# Actions from Time of Accident

- Security continues to increase.

- Regimental Support Squadron Command Post relocates to Canal and conducts operations from bridge site.

- Divers requested and arrive to help search for PFC Whitaker.

- Prior to darkness (~6pm) on 27 April, over 250 soldiers were conducting security holding the ground. Search continued for 22 hours until Marquis was found, at Noon, 28 April.

**"ALWAYS READY"**

2

0023



1400 hrs 27 Apr. 04

S&T 6 final resting place

PFC Whitaker falls into aqueduct

PFC Whitaker Impacts water

Concrete Bridge

Engineer Bridge

N

PFC Roberts and PFC Shook enter the aqueduct

N

IPF CP

Direction of travel

TCN 1

TCN 3

TCN 4

S&T 1

S&T 26

S&T 6

S&T 3

PFC Roberts swims out to help PFC Whitaker

@ 1401 Roberts
@ 1404 Shook

PFC Shook running to water

PFC Roberts grabs PFC Whitaker

Direction of travel

TCN 3  TCN 1

TCN 4

S&T 1

S&T 3

S&T 6

S&T 26

N

IPF CP

# PFC Roberts looses control of PFC Whitaker

Direction of travel

N

IPF CP

TCN 1

TCN 3

TCN 4

S&T 1

S&T 26

S&T 6

S&T 3

PFC Whitaker goes under water not to be see again

Divers find PFC Whitaker 28 1200 APR 04

Direction of travel

TCN 1
TCN 3
TCN 4

S&T 1
S&T 3
S&T 6
S&T 26

IPF CP

N

PFC Shook exits water 424' from bridge

PFC Roberts exits water 428' from bridge



# Findings

- The convoy was properly planned and was an authorized mission.

- The level of convoy leadership was consistent with the mission.

- Standard Regimental Support Squadron procedures regarding speed, rest and control were followed.

- The cause of the first ESS truck crash will not be able to be determined.

- The mechanical condition of the first ESS truck cannot be determined due to being destroyed in the accident.

**"ALWAYS READY"**



# Findings

- Contract trucks are safety inspected by the government contractors before utilization in Central Command convoys.

- There is no evidence that a maintenance problem in the civilian truck contributed to the crash.

- The involved US vehicle was properly maintained and its condition did not contribute to the crash.

- The actions of PFC Roberts and PFC Shook are heroic and should be recognized.

**"ALWAYS READY"**



# Findings

- The evidence demonstrates that no US soldier or equipment was at fault.



**"ALWAYS READY"**