

# Recommendations

- The Investigating Officer found that the start of accident was caused by wreck of Third Country National (TCN) vehicle.

- The Investigating Officer recommended re-emphasis of measures which reduce the possibility of accidents:
  - Right of US Commander to reject foreign driver from convoy
  - Escort vehicle placement
  - Review of measures dealing with non-US drivers

"ALWAYS READY"

2



# Actions Taken by Command

- Re-emphasized safety measures and implemented safety stand-down for personnel involved

- Brought in Chaplain and Combat Stress Management Team for soldiers involved.

- Recognized PFC Roberts and PFC Shook for their heroic actions.

- Recognized PFC Marquis A. Whitaker for his heroic service to his country as soldier who was loved by his fellow soldiers and ensured their safety as part of a very elite Gun truck platoon.



**"ALWAYS READY"**

0034



# Conclusion

The events that claimed the life of PFC Marquis Whitaker on 27 April 04 were as a result of a tragic accident initiated by the loss of control of a vehicle by a Third Country National Driver who also died in the fatal accident of 27 April 04. PFC Marquis Whitaker performed all if his assigned duties flawlessly and his handling of his vehicle ultimately saved the lives of his fellow soldiers in the vehicle. The 2d Armored Cavalry Regiment and the United States Army mourns the loss of one of its finest soldiers and offers its deepest heart felt condolences and prayers to the family and loved ones of PFC Marquis Whitaker.

**"ALWAYS READY"**



# Point of Contact

- Casualty Assistance Officer

SFC Lamont Draper

(W) 706-544-6567

(C) 706-315-8411

"ALWAYS READY"



0036

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

PRIVACY ACT STATEMENT

AUTHORITY: Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 *(SSN)*.

PRINCIPAL PURPOSE: To provide commanders and law enforcement officials with means by which information may be accurately

ROUTINE USES: Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval.

DISCLOSURE: Disclosure of your social security number is voluntary.

| 1. LOCATION Camp Delk, Al·Kut | 2. DATE *(YYYYMMDD)* 2004/05/10 | 3. TIME 1200 | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME Caballero, Alfredo, Antonio | | 6. SSN 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 | 7. GRADE/STATUS E-4 |

8. ORGANIZATION OR ADDRESS   Med Trp RSS 2D ACR

9.

I, Caballero, Alfredo _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

I was told at 1030 to go to the TOC and link up with S&T to be the medic on a convoy to Scania. I got to the TOC at 1100 and linked up with Sergeant Rouse. Rainey. We ate chow and rolled out at about 1300. I was seated in S&T 6, in the rear passenger side seat. Sergeant Ritter was the TC, SPC Ragiles was the gunner, and PFC Whitaker was the driver. We were escorting KBR trucks to Scania. The trucks had empty trailers. On the way out of the gate, the KBR truck in front of us was not riding smoothly. The driver was slamming his breakes and not driving well. Ragiles and Sergeant Ritter talked about the drivers bad driving. Out of the gate, the gun trucks were driving in a stagger formation, with the guntrucks to the left of the trailer trucks. The gun trucks were at an interval of about 50 meters. We came to an intersection, and the truck I was in blocked traffic. Sergeant Ritter and I, got out to pull security while the convoy cleared the intersection. Once the convoy was clear, S&T 6 sped up until we took our original position in the convoy. Before getting to the bridge, we were still staggered, but the interval was closer. Once on the bridge, we were still staggered, but at least part of the hood was next to the trailer in front of us. The trailer in front of us started to fish tail. Whitaker did

| 10. EXHIBIT 12 | 11. INITIALS OF PERSON MAKING STATEMENT AAC | PAGE 1 OF 2 PAGES |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998                    DA FORM 2823, JUL 72, IS OBSOLETE                    USAPA V1.00

STATEMENT OF _Caballero, Alfredo_    TAKEN AT _Camp Delta, Al-kut_ DATED _20040510_

9. STATEMENT *(Continued)*

Some evasive driving to avoid getting hit Sergeant Ritter was saying something to whitaker, but I couldn't make out what it was. The truck made a hard left and I could see the river, I thought we were going in the river. That is the last thing I remember. The next thing I know, I'm in another truck. Sergeant Rouse-Rainey is asking me if I'm okay. Sergeant Ritter, Ragiles, and I, were taken to the aid station in Scania. We were evac'd to the 31st CSH after initial care. Three days later I was RTD to Camp Delta in Al-kut.

NOTHING FOLLOWS.

**AFFIDAVIT**

I, _Caballero, Alfredo_, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _2_. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Alfredo A Caballero_
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _10_ day of _May_, _2004_ at _AIKUT IRAQ_

_Th. Edll_
(Signature of Person Administering Oath)

_Thomas McCrorey LTC MC_
(Typed Name of Person Administering Oath)

_LTC, MC_
(Authority To Administer Oaths)

WITNESSES:

_____
_2D ACR FST_
ORGANIZATION OR ADDRESS

_____
_2D ACR FST_
ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE _2_ OF _2_ PAGES

USAPA V1.00

PAGE 3, DA FORM 2823, DEC 1998

0038

I **SS6 Rouse Rainey**, want to make the following statement under oath:

On 27 April, I awoke at approximately 0535. I woke up all the crews at 0545. Everyone gathered their gear and went to PMCs the vehicles to get ready for the 0630 SP back to AlKut. I 1st went to see if the curlean trucker (Iraqi) got their vehicle fixed so we could SP on time but the vehicles were not repaired.  One veh had a battery past burnt off and the vehicle had to be replaced. While we were replacing the vehicle I watched the driver try to back up the bobtail and almost hit the vehicle behind him.  I then asked an Iraqi that could speak English could this guy drive. The Iraqi said it was his 1st time with a trailer.  I then asked the NCOK of that convoy could I drive the vehicle. He told me no one would drive the Iraq veh but no one signed for it. I really had concern for this Iraqi that had never pulled a trailer before. We finally SP'd at 0810 back to AlKut.  Arrived on Alkut at 10:30 or so I had the crews download the cargo so we could take the vehicles back to Scania.  We ended up SPing at 1245 from AlKut back to Scania.  We were traveling along and PFC Shook said that curlear truck just flipped off the road. PFC Shook then turned the vehicle around and parked in front of the bridge.  By this time the curlear truck had hit the ground and exploded.  This was the same driver I had concerns in at the beginning of the convoy.  I got out of the vehicle and ran to ST6 where S6T Ritter, the medic, send PFC Ragelis were I seen them but PFC Whitaker was not in the vehicle. By the time I start to wake up the medic I heard Whitaker is in the river. I then went to the other side of the bridge and I seen PFC Roberts and PFC Whitaker in the river.  PFC Roberts looked as through he had Whitaker so I proceeded to remove the injured medic and _____/S6T filter to another vehicles.  After I evaluated them and placed them in the vehicle I went down to the river bank to see if everyone was alright.  Shook Robers were saying we "lost him "we lost him".  Myself and the other

solders started walking down the river bank calling his name. There was no response. Lt. Steiner camed to the river bank and told me to get everyone back up to the vehicles and get 100% accountability of all the sensitive items. We all moved up on top of the bridge got accountabily and St. Steiner took 2 guns and the injured to Scania and get some recovery/medical support for the injured solder. Before he departed BPC Jobe was talking with some British solders who then started to call for us some assistance. Before then Sgt. Gale had attempted calling Muleskiner and the 335000 freg for assistance. We had zero com_____ with anyone. We had sent one message to squadrin (MTS) but I know when I went back to the system the plugzer was not working so at that time we could not retrieve or receive and message. Lt. Steiner left with the injured and I started working on the MTS finally got it working approximately 40 to 50 minutes after all situations were under control. The British solder stayed the pulled 360th security around the bridge. The soldiers were upset and they were supporting us the best way possible the RSS arrived at approximately 16:15 and took over the accident scene.

# SWORN STATEMENT
For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Camp Delta Iraq | 2004/04/29 | 1010 | |

| 6. SSN | 7. GRADE/STATUS |
|---|---|
| | E-6/ USA D |

5. LAST NAME, FIRST NAME, MIDDLE NAME
Roue-Rainey, Shirley Ann

8. ORGANIZATION OR ADDRESS

9. I, SSG Roue Rainey , WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On 27 April, I awoke at approximately 0535 I woke up all the crews at 0615. Every one gathered their gear and went to PMCS the vehicles to get ready for the 0630 SP back to Al Kut. I 1st went to see if the Civilean trucker (Iraqi) got there vehicles fixed so we could SP on time but the vehicles were not repaired. One veh had a battery post burnt off and the vehicle had to be replaced. While we were replacing th vehicle I watched the driver try to back up the vehicle behind him. I the Soltad and almost hit the vehicle. I then asked an Iraqi that could speak English could this guy drive. The Iraqi said it was his 1st time with a trailer. I then asked the NCOIC of that convoy could I drive the vehicle. He told me no one would drive the Iraq. veh but one one signed for it. I really had concern for this Iraqi that had never pulled a trailer before. We finally SP'd at 0810 back to Al Kut. Arrived in Al Kut at 10:30 or so. So we could download the cargo I had the crews take the vehicles back to Scania. We ended up SP'g

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 3 PAGES |
|---|---|---|
| 3 | | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE

3

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF ___Rose Rainey Whitley___ TAKEN AT ___Al Kut Iraq___ DATED __04/55__

9. STATEMENT (Continued)

at 1245 from Al Kut back to Scania. We were traveling along and PFC Shook said that civilian truck just slipped off the road. PFC Shook then turned the vehicle around and parked in front of the bridge. By this time the civilian truck had hit the government and the gov con exploded. This was the same driver. I had concerns I got out of the vehicle at the beginning of the convoy & got out of the vehicles and ran to LST 6 where SGT Litter, the medic, was and PFC Ragsles were. I seen them but PFC Whitaker was not in the vehicle. By this time I start to wake up the medic & heard Whitaker is in the river. I then went to the other side of the bridge and I seen PFC Roberts and PFC Whitaker in the river. PFC Roberts looked as though he had Whitaker. So I proceeded to remove the injured medic and Ragsle/SGT Litter to another vehicle. After I evaluated them — and placed them in the vehicle I went down to the river bank to see if everyone was alright. Shook & Roberts were saying we lost him "we lost him." Myself and the other soldiers start to walk down the river bank calling his name. There was no response. Lt Steiner comed to the river bank and told me to get everyone back up to bank and get 100% accountability of all the vehicles and get 100% accountability of all the sensitive items. We all moved up to the bridge got accountability and the injured to Scania and the bridge got accountability and the injured to Scania and took 2 guns and the medical support for we — SGT Stone recovery/medical support for we

INITIALS OF PERSON MAKING STATEMENT

PAGE 2 OF 3 PAGES

3
PAGE 2, DA FORM 2823, DEC 1998

0042

USAPA V1.00

STATEMENT OF _Rouse-Rain Shirley_ TAKEN AT _A/KUT IRAQ_ DATED _2-1 Apr/04_

9. STATEMENT (Continued)

injured soldier. Before her departure SPC Jobe was talking with some british soldiers who then starting to to call for us some assistance. Before then Sgt. Hale had attempted calling Mukeskimer and the 335000 freq for assistance. We had zero commo with anyone. We had sent one message to the squadron (MTS) but I know when I went back to the system the message was not working so at that time we could not retrieve or receive any message. Sgt. Steiner left with the injured and I started working on the MTS, finally getting it working and sent out a good message to our Status. This was approximately 40 to 45 minutes after all situations were under control. On the Bridge. The soldier were upset and 360° security around the bridge. The soldier on RSS arrived they were supporting us the best way possible on the accident at approximately 16:15 and took over the accident scene.

_Nothing Follows_

---

AFFIDAVIT

I, _SSG Rouse-Rain_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _3_. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _29_ day of _April_ , _204_ at _A/KUT IRAQ_

WITNESSES:

_Andrew J. Kaph_
_K-9, S.O.H_
ORGANIZATION OR ADDRESS

_SFT, RSS 2ACR_

(Signature of Person Administering Oath)

_Thomas McClrae_
(Typed Name of Person Administering Oath)

_LTC, MC_
(Authority To Administer Oaths)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT

PAGE _3_ OF _3_ PAGES

I PFC Roberts, Jessy E, want to make the following statement under oath:


On the morning of April 27th 2004 I had overnighted at Scania. We had a wake up time 0630 hours. Everyone receive a full nights rest and everyone ate something that morning. We was plaining to SP a 0730 but one of the trucks was not working, so we took the bob tail and switch trucks out. I was watching them as they did this. The driver of the bob tail looked very unexperance. I make this statement due to the fact his truck kept stalling out and he was having a lot of problems backing under the trailer. After trucks were switched out we decided to head back to camp Delta. The order of march was S&T3 as spot truck S&T1 leading the convoy the 1st truck driven by Pakastine then followed by S&T6. Then it was truck 2 with the unexperience driver truck 3 and truck 4 followed then I was in S&T26 has rear gun truck. I was gunning that day. On the way in I notice one thing with the inexperience driver we was making a turn into a small town. He had fallen back about a truck lengths behind S&T6 as everyone slowed. I heard tires slidding across the road as I turned around I notice that truck 2 had almost slammed into the rear of S&T6 but no contact was made. So we made it to camp Delta, we was unload the _____ _____ off of the truck when I realized his unexperience again, he was having trouble lacking to the unloading blocks. This would be truck 2. We was able to put our own driver in but he finally got it. After all trucks was unloaded we all stayed at the _____. Everyone got a plate lunch before we left. Since what happen earlier with truck 2 and S&T6 we put S&T6 behind him, we SP out of camp Delta at around 1200 to 1215 hours. We was head back to camp Scanin to drop these trucks off. As being the gunner of S&T26 we was in the rear but I glance forward every now and then to check on the convoy. I notice the convoy slowing down for a bridge we cross. I heard a loud crashing noise as I turned around I had notice truck 2

was half off half on the bridge and had caught on fire. S&T6 had slammed on the brakes and the truck had started skidding sideways. At this time truck 2 had fell off bridge and exploded all I could see S&T6 sliding side way trying to stop. At this time truck 3 slammed into the passenger side of S&T6 almost knocking S&T6 off the bridge. The left rear tire was off the bridge and the left front was on the edge. My truck pulled off the right side out the road. At this time I notice the driver doors open and PFC Whitaker fall into the water below. Before he hit the water I had jump off the front of my truck dropping my vest and _____. I ran about 10 feet ahead of PFC Whitaker, I jumped in and swimmed toward him when I got to him I notice the water was on fire and it was moving toward us. As I grasp PFC Whitaker he asked who is this, I told him it me Roberts, we started swimming toward the bank. All of a sudden he started fighting me. All I could hear him say is let me go, let me die in piece. I am not going to make it. I keep saying no you will. I try to take his vest off at this time due to the fact I have lost my grib on him. In the process of doing this he pushed me under water to where I lost him. When I cam back up PFC Shook was in the water yelling he behind you. When I turned around I did not see, so I dove down along with Shook. When I came up I felt as if I was dead so PFC Shook had me ____ med back that was _____ down the river. I believe PFC Shook dove down one more time before we both had to get out cause we ere exhausted. When I got to the shore I could barely stand or breathe. PFC Shook went a little further down stream to look for him. I stayed there looking for him. After I noticed they had some other personnel looking I went back to put my vest and _____ back on. I went to check S&T6 to make sure everyone else was ok. But no one was their. All personnal had been moved to my truck S&T26. I was told to get back in my gun that we was about to leave to med vac the other three to Scania. While doing the IP and a painter

came to me and told me that truck 2 driver was sleeping as he came on bridge these was no driver as he fell of he set up they said.  That is what they told me. Then we left for Scania.

# SWORN STATEMENT

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

## PRIVACY ACT STATEMENT

| | |
|---|---|
| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Camp Delta | 20040430 | 0900 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Roberts, Jessy, Edward | | PFC/e-3 |

| 8. ORGANIZATION OR ADDRESS |
|---|
| S&T trp RSS/2nd ACR |

9. I, __PFC Roberts, Jessy E_____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the morning of April 27th 2004 I had overnighte at Scania. We had a wake up time 0630 hours. Everyone recived a full nights rest and everyone ate something that morning. we was plaining to sp a 0730 but one of the trucks was not working. So they took the bob tail and switch trucks out. I was watching them as they did this. The driver of the bob tail looked very unexperance. I make this statement due to the fact his truck kept stalling out and he was having a lot of problems breaking under the trailer. After trucks were switch out we decided to head back to camp Delta. The order of march was S&T 3 as spot truck S&T 1 leading the convoy the 1st truck driven by pakastine then followed by S&T 6. Then it was truck 2 with the unexperiance driver truck 3 and truck 4 followed then I was in S&T 6 has rear gun truck. I was gunning that day, on the way in I notice one thing with the unexperiance driver. We was making a turn into a small town. He had fallen back about a truck lenghts behind S&T 6 as everyone slowed I heard tires sliding across the road as I turned around I notice that truck 2 had almost slammed into the rear of S&T 6 But no contact was made. So we made it to camp Delta. we was unloading the up armored Hmmvues off of the truck when I relized his

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | |
|---|---|---|
| 4 | JR | PAGE 1 OF 3 PAGES |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

0900    30    Apr

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998.    DA FORM 2823, JUL 72, IS OBSOLETE

0047

USE THIS PAGE IF NEEDED.  IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF __PFC Roberts, Jessy E__ TAKEN AT __C900__ DATED __2004 04 30__

9. STATEMENT (Continued)

unexperience again, he was having trouble backing to the unloading block. This would be truck 2. We was about to put our own driver in but he finally got it. After all trucks was unloaded we all stayed at the toc. Everyone got a plate lunch before we left. Since what happen earlier with truck 2 and S&T 6, we put S&T 6 behind him, We SP out of camp Delta at around 1200 to 1215 hours. We was head back to camp scania to drop these trucks off. As being the gunner on S&T 26 we was in the rear. But I glance toward every now and then to check on the convoy. I notice the convoy slowing down for a bridge we cross. I heard a loud crashing noise as I turned around I then notice truck 2 was half off half on the bridge and had caught on fire. S&T 6 had slammed on th brakes and the truck had started skidding sidways. At this time truck 2 had feel off bridge and exploded all I could see was S&T 6 sliding side was trying to stop. At this time truck 3 slammed into the passenger side of S&T 6 almost knocking S&T 6 off the bridge. The left rear tire was off the bridge and the left front was on the edge. My truck pulled off to the right side of the road. At this time I notice the driver doors open and PFC Whitaker fall into the water below. Before he hit the water, I had jump off the front of my truck dropping my vest and Kevlar. I ran about 10 feet ahead of PFC Whitaker, I jumped in and swimmed towards him. When I got to him I notice the water was on fire and it was moving toward us. As I grasp PFC Whitaker he asked who is this. I told him it me Roberts, we started swimming towards th bank. All of a sudden he started fighting me. All I could hear him say is let me go, Let me die in peace. I am not going to make it, I keep saying no you will. I try to take his vest off at this time due to the fact I have lost my grib on him. In the process of doing this he pushed me under water to where I lost him when I came back up PFC Shook was in the water yelling he behind you

INITIALS OF PERSON MAKING STATEMENT ___JR___    PAGE _2_ OF _3_ PAGES

PAGE 2, DA FORM 2823, DEC 1998                     USAPA v1.00

0048

STATEMENT OF _pfc Roberts, Jerry E_ TAKEN AT _0500_ DATED _2004/04/30_

9. STATEMENT (Continued)

when I turned around I did not see, so I dove down along with shook
when I came up I felt as if I was dead so pfc shook had me He med
back that was Houting down the river, I belive pfc shook dove down
one more time before we both had to get out cause we were exausted.
when I got to the shore I could barely stand or breathe. pfc shook
went a little futher down stream to look for him. I stayed there looking
my vest and kevlar back on, I went to check SGT 6 to make sure everyone
else was ok. But no one was there. All personnal had been moved to my truck
SGT 26. I was told to get back in my gun that we was about to leave.
to med vac the other three to scania. While doing the Ig and a printer
came to me and told me That truck 2 driver was steeping as he came
on bridge there was no driver as he fell off he set up they said. That is what
they told me. Then we left for scania.

nothing follows

---

**AFFIDAVIT**

I, _pfc Roberts, Jerry E_ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT
WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE _3_ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE
BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS
STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

Subscribed and sworn to before me, a person authorized by law to

administer oaths, this _30th_ day of _April_ _2004_

at _____

_____
(Signature of Person Administering Oath)

WITNESSES:

_Paul McRider_
_SGT, RSS 2D ACR_
_Ft. Polk, LA 71459_
ORGANIZATION OR ADDRESS

_Al Zim     SPC_
_SASD IRP 2nd ACR_
_Ft Polk LA 71459_
ORGANIZATION OR ADDRESS

_Thomas McGinnis_
(Typed Name of Person Administering Oath)
_LTC. MC_
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT
_JK_

PAGE _3_ OF _3_ PAGES

I **SPC Jim A. Ragiles**, want to make the following statement under oath:

On the morning of the 27th Apr. 04 our mission was to escort 4 civilian rigs loaded with Humvees from Scania to Camp Delta and then escort them back to Scania once they were downloaded. We slept @ Scania the night prior. Around 0800 hours we left Scania with the 4 civilian rigs on our way to Camp Delta. Once we reached Camp Delta, we proceeded to get them, the 4 civilian rigs downloaded. In the process of the downloading of the Humvees off of the 4 civilian rigs, I overheard someone saying that one of the 4 drivers didn't know how to drive that well and that it was the drivers first time driving such a big vehicle. I do not recall who said it.

We left Camp Delta around or after 1200 hrs. I know this because we had lunch prior to leaving. While on our way back to Scania we encountered a bridge. The truck in front of us appeared to have lost control while crossing the bridge. I remember the truck in front of us going off the bridge and blowing up on the far side river bank. As I watched the truck in front of us blow up, PFC Whitaker stepped on the brakes prior to our vehicle going on the bridge causing our vehicle to slide sideways. From that point on I have no recollection. I don't know how I got out of the vehicle. The next thing I know is that I'm looking at our truck from a different truck that had already crossed the bridge.

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

**PRIVACY ACT STATEMENT**

| AUTHORITI: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION *Camp Delta, IRAQ* | 2. DATE (YYYYMMDD) *2 May 04* | 3. TIME *2057* | 4. FILE NUMBER |
|---|---|---|---|
| 5. LAST NAME, FIRST NAME, MIDDLE NAME *Ragiles, Jim Allen* | 6. SSN | | 7. GRADE/STATUS *E4* |

8. ORGANIZATION OR ADDRESS *4T, RSS, 2D ACR*

9. _____ *SPC Jim A. Ragiles* _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

On the morning of the 27th APR 04 our mission was to escort
4 civilian rigs loaded with Humvees from Scania to Camp Delta
and then escort them back to Scania once they were
downloaded. We slept @ Scania the night prior. Around
0800 hours we left Scania with the 4 Civilian rigs on our way
to Camp Delta. Once we reached camp Delta, we proceeded
to get them, the 4 Civilian rigs downloaded. In the
process of the downloading of the Humvees off of the
4 civilian rigs I overheard someone saying that one of
the 4 drivers didn't know how to drive that well and
that it was the drivers first time driving such a
big vehicle. I do not recall who said it.

We left Camp Delta around or after 1200 hrs. I know
this because we had lunch prior to leaving. While
on our way back to Scania we encountered a
bridge. The truck in front of us appeared to have
lost control while crossing the bridge. I remember
the truck in front of its going off the bridge

| 10. EXHIBIT *7* | 11. INITIALS OF PERSON MAKING STATEMENT *J.R.* | PAGE 1 OF *1* PAGES *3* |
|---|---|---|

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE          USAPA V1 00

0051

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _Jim B_____      TAKEN AT _Ft Irwin_ DATED _2-__-__

STATEMENT *(Continued)*

and blown up on the far side River bank.
As I watched the truck in front of us
blow up, PFC Whitaker stepped on the brakes
prior to our vehicle going on the bridge
causing our vehicle to slide sideways. From
that point on I have no recollection. I don't
know how I got out of the vehicle. The
next thing I know is that I'm looking at
our truck from a different truck that
had already crossed the bridge.

NOTHING FOLLOW'S J.K.

INITIALS OF PERSON MAKING STATEMENT    J.K.

PAGE 2 OF 3 PAGES

DA FORM 2823, DEC 1998

0052

STATEMENT OF ___Jim R_____     TAKEN AT ___F OSTIR_____ DATE _____

STATEMENT (Continued)

*NOTHING FOLLOWS*

*J.R.*

**AFFIDAVIT**

I, __SPC Jim A. Ragiles__ , HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE __3__ . I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_____
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this __4__ day of __May__ __2004__

at __AL KUT  IRAQ__

_____
(Signature of Person Administering Oath)

ORGANIZATION OR ADDRESS

Bourgue Jr Darryl By
Darryl d Bourgue
STT RSS 2D AR

ORGANIZATION OR ADDRESS

_____
(Typed Name of Person Administering Oath)

_____
(Authority To Administer Oaths)

INITIALS OF PERSON MAKING STATEMENT __J-R.__

PAGE __3__ OF __3__ PAGES

DA FORM 2823, DEC 1998

I **Andrew Jay Karst**, want to make the following statement under oath:

The night before I was at the MWR tent at Scania playing pool with PFC Shook, PFC Roberts, SS6 Rouse Rainey, Ragiles and LT Hodge. We stayed there until approx. 2300. At that time we all went back to the tent. I went to bed and so did Shook. PFC Whitaker appeared to already be asleep. The next morning (Tues 22 April 04) SS6 Rouse Rainey woke us up at 0600. We all conducted personal hygiene and went to chow. At 0715 we staged the vehicle by the 4 civilian trucks we were escorting. We were informed that one of the civilian trucks had a bad hose but was replacing it. Another civilian vehicle had bad batteries. We waited at the stage area while they swapped trucks out, replacing the one with bad batteries with another truck. The driver of the new truck did not appear to have much experience or was not a real good driver. As it took him multiple times backing up to hook up the trailer we commented to each other that one of our soldiers should drive that truck because we could do better. After we got the civilian trucks taken care of we had a quick convoy brief mainly to tell us what positions we had in the convoy. I did not hear that day any of the other normal brief items but we all knew what we were doing. Normal briefings gives us speed (40-45) depending on what we are hauling and the road and weather conditions. We also get threat briefings, breakdown procedures, actions upon contact. When we left we had S&T1 and S&T3 up front, S&T 6 and S&T26 spaced apart in the middle of the 4 civilians trucks and AV46 and I believe 4Q31 in the rear. All 4 civilian trucks had 2 humvee's or cart trailer. The weather was nice and clear through the whole convoy. We left Scania and took our normal route to Camp Delta. Everything went smooth the whole way. The only thing I noticed is the driver of the 2nd civilian truck swerved a couple of times but I was not sure if it was because of bumps in the road or what.

When we got to Delta we went to the TOC to find out when these trucks were downloading. When we found out the 4 S&T truck escorted them to where we were downloading and helped get the trucks of the trailers. The AV truck and the H2 truck left. After we downloaded we moved the trucks back to the TOC and waited. We were informed that we would be brining them back to Scania. We also found out we would be waiting for a medic to come with us. While we (S&T26) waited our truck stopped by S&T and HHT to pick up some personal items while we were doing that one of the other trucks went to MC chor hall to pick up plates for everyone. They brought them to MC Toc and we all ate by our trucks. When the medic showed up we all got in our trucks and headed with the 4 civilian trucks toward the gate. It was only the 4 S&T gun truck now so we switched vehicle position in the convoy. In the front was still S&T1 with Shook driving, SSG Rouse Rainey TCing and Jobe gunning. Also up front was S&T3 with Wilson driving, Lt. Stein TCing and Williams gunning. Behind them were 2 civlian truckes. The inexperienced driver was still in the 2nd truck to my knowledge. Behind the 2 civlian trucks was S&T 6 with Whitaker driving Sgt. Ritter TCing, Ragiles gunning and the medic (Caballero?) riding in the back passenger seat. Behind them were 2 more civilian trucks. Behind those 2 trucks was S&T26 with Sgt. Gale driving, myself TCing and Roberts gunning. Everything was running smooth when we left. The second truck swerved a couple of times, but I didn't worry about it. About _____ of the way to Scania we approached a bridge with an IP checkpoint. The bridge on the right is a 2 lane that we normally use. Next to it is an engineer one lane bridge. As we were approaching the bridge I heard on the radio someone say a truck flipped. Immediately after that I saw a cloud of white smoke on the bridge. We stopped our vehicle and Roberts jumped off the front of the Humvee and dropped his flach vest and kivlar. I hopped out of the passenger side and looked forward opposite side of the _____ with small flares

inside. Once I established that this was one of the civilian trucks I looked at the bridge. I saw a Humvee _____ with its drivers rear wheel off the bridge and the vehicle facing the wrong direction. As soon as I saw the Humvee I saw the driver's door open and somebody fail out into the water. At the time I didn't know for sure who it was just that they were still wearing their flak vest. I saw Roberts running towards the river between the 2 bridges. I then saw a head above the water and recognize Whitaker. Roberts jumped in after him and I ran downstream along the bankw tih my equipment on to provide security and help get them out of the water. A little bit down stream I saw Shook also jumping to help out. He jumped in from the opposite bank. I saw Roberts reach Whitaker _____ try to grab hold of him. It looked like Roberts had a hold of him for a couple of second then Whitacker went back under the water. Roberts looked like he was struggling to keep himself and Whitaker above water. I heard Roberts yell to the bank "I lost him can you see him". I was scanning the water for Whitaker and could not see him. Shook then reached Roberts with a medical bag he found floating in the water. Shook gave the bag to Roberts and dove down a couple of times to try and find him. When he came back up he asked me if I could see Whitaker. I still don't see him. Shook _____ for the shore with Roberts swimming to the shore just downstream from _____. When _____ _____ the shore he ran past me to look for Whitaker. When Roberts got closer to the bank I threw off my gear and set my weapon down and waded in to help Roberts out of the water. When I got a hold of Roberts and drug him to shore I grabbed the bad he was holding and thew it up on shore. I then got up on the bank and grabbed Roberts hand to help him out of the water. He kept saying over and over "I lost him, I lost him" while hyperventilating. I waited until 2 other people ran down to him (I think Sgt. Gale & Williams) and told them to stay with him while I ran downstream to help Shook look. Neither of us saw him. Lt. Stein ran down and told us to come _____ closer to the

bridge. She was saying that with all his gear on he was heavy & wouldn't float far we ran back 3

_____ into S&T26 when Lt. Stain established accountability for personal and sensitive

items she briefed us on what we were going to do.

   We established that SS6 Rouse Raney would stay with 1 gun truckw ithe 3 or 4 personal

while we brought the other 3 injured to Scarin to get help. Since I was almost _____ to drive

Lt Put me driving S&T26 with the 3 injured and Roberts gunning. In S&T1 was Job driving

_____ gunning & Lt. Stein Tcing. They _____ head and the whole wayi in Scanic she was on

MC radio trying to get help. We got to Scania and dropped of the 3 injured of MC did station we

then proceeded toward MC front gate. We picked up SFC _____ and Lt Hodge and also 2

wreaker and a five ton. We then proceeded back to the accident site. When we got there we

pulled security with the truck. SFC Woodel got a length of SSO cord from one of the Kiow's that

showed up. With the help of Lt. Hodge & Roberts they tried to SSO cord in SFC Wandell and

he went in the water to search. I stayed at the truck manning to 240B and coordinating

everything on the radio. We continued searching for approximately 2-2 1/2 hrs until the _____

told SFC Woodell to get out of the water. We then moved to the bridge to pull security. We

stayed by the bridge for security until they decided to use the gun trucks to drive downstream

with 4 personel walking to search. After the search we returned to the bridge to pull security. At

some point later in the evening a convoy went to Scania to pick up the diving team. Our truck

stayed on point pulling security all night. At approx 1300 the next day we got a call on the radio

that the dive team found the body. After everything had been coordinated I drove S&T26 with

Lt. Steiner TCing & Roberts gunning with 3 other gun trucks to Scania to escort the _____ and

our dive team. After they took care of our KIA at Scania Lt. escorted the FIA and dive team

back to Camp Delta we got to Delta approx 2100 and _____ for the TOC. We then _____ to

drop the dive team where they were staying and got back to S&T with everything taken care of approx 2200.

**SWORN STATEMENT**

For use of this form, see AR 190-45; the proponent agency is ODCSOPS

**PRIVACY ACT STATEMENT**

| AUTHORITY: | Title 10 USC Section 301; Title 5 USC Section 2951; E.O. 9397 dated November 22, 1943 (SSN). |
|---|---|
| PRINCIPAL PURPOSE: | To provide commanders and law enforcement officials with means by which information may be accurately identified. |
| ROUTINE USES: | Your social security number is used as an additional/alternate means of identification to facilitate filing and retrieval. |
| DISCLOSURE: | Disclosure of your social security number is voluntary. |

| 1. LOCATION | 2. DATE (YYYYMMDD) | 3. TIME | 4. FILE NUMBER |
|---|---|---|---|
| Al Kut Iraq | 2004 0739 | 0755 | |

| 5. LAST NAME, FIRST NAME, MIDDLE NAME | 6. SSN | 7. GRADE/STATUS |
|---|---|---|
| Karst Andrew J | | PFC /E-3 |

**8. ORGANIZATION OR ADDRESS**

S+T Al Kut Iraq

9.

1. Andrew Jay Karst _____, WANT TO MAKE THE FOLLOWING STATEMENT UNDER OATH:

The night before I was at the MWR tent at Scania playing pool with PFC Shook, PFC Roberts, SSG Rowe-Rainey, Ragiles, and LT Hodge. We stayed there until approx. 2300. At that time we all went back to the tent. I went to bed and so did Shook. PFC Whitker appeared to already be asleep. The next morning (this is 22 April 04) AJK SSG Rowe Rainey woke us up at 0600. We all conducted personal hygiene and went to chow. At 0715 we staged the vehicles by the 4 civilian trucks we were escorting. We were informed that one of the civilian AJK trucks had a bad hose but was replacing it. Another civilian AJK vehicle had bad batteries. We waited at the stage area while they swapped trucks out, replacing the one with bad batteries with another truck. The driver of the new truck did not appear to have much experience or was not a real good driver. As it took him multiple times backing up to hook up the trailer we commented AJK to each other that one of our soldiers should drive that truck because we could do better. After we got the civilian trucks taken care of we had a quick convoy brief mainly to tell us what positions we had in the convoy. I did not hear that day any of the other normal brief items but we all knew what we were doing. normal briefings gives us speed (40-45) depending on what we are hauling and the road and weather conditions. We also get threat briefings, breakdown procedures, actions upon contact. When we left we had S+T 1 and S+T 3 up front, S+T 6 and S+T 2b spaced apart in the middle of the 4 civilian trucks and AV46 and S+T I believe HQ 31 in the rear. All 4 civilian trucks had 2 hummers on each trailer. The weather was nice and clear throughout the whole convoy. We left Scania and took our normal route to Camp Delta. Everything went smooth the whole way. The only thing I noticed is the driver of the 2nd civilian truck swerve a couple of times but I was not sure if it was because of bumps in the road or what.

| 10. EXHIBIT | 11. INITIALS OF PERSON MAKING STATEMENT | PAGE 1 OF 4 PAGES |
|---|---|---|
| G | AJK | |

ADDITIONAL PAGES MUST CONTAIN THE HEADING "STATEMENT OF _____ TAKEN AT _____ DATED _____

THE BOTTOM OF EACH ADDITIONAL PAGE MUST BEAR THE INITIALS OF THE PERSON MAKING THE STATEMENT, AND PAGE NUMBER MUST BE BE INDICATED.

DA FORM 2823, DEC 1998          DA FORM 2823, JUL 72, IS OBSOLETE

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF _Andrew Jay Kurst_ TAKEN AT _Camp Delta_ DATED _29 Apr 04_

9. STATEMENT (Continued)

When we got in Delta we went to the TOC to find out where these trucks were downloading. When we found out the 4 SH truck escorted them to where we were downloading and helped get the trucks off the trailers. The AV truck and the H2 truck left. After we downloaded we moved the trucks back to the TOC and waited. We were informed that we would be bringing them back to Scania. We also found out we wouldn't be waiting for a medic to come with us. While we waited our truck (SG 261 ABM) stopped by SH and HHT to pick up some personal items. While we were doing that one of the other trucks went to the chow hall to pick up plates for everyone. They brought them to the TOC and we all ate by our trucks. When the medic showed up we all got in our trucks and headed with the 4 civilian trucks towards the gate. It was only the 4 SH gun trucks now so we switched vehicle A22 positions in the convoy. In the front was still SH I with Shook driving, 556 Ruiz Rainy TCing and Jobs gunning. Also up front was SH 2 with Wilson driving, HT Stein TCing and Williams gunning. Behind them were 2 civilian trucks. The 1st experienced driver was still in the 2nd truck to my knowledge. Behind the 2 civilian trucks was SH 6 with Whitten driving Sgt Ritter TCing, A21 Ragiles gunning and the medic (Caballero?) riding in the back passenger seat. Behind them were 2 more civilian trucks. Behind these 2 trucks was SH 26 with Sgt Gale driving, myself TCing and Roberts gunning. Everything was running smooth when we left. The second truck swerved a couple of times, but I didn't worry about it. About 3/4 of the way to Scania we approached a bridge with an IP checkpoint. The bridge on the right is a 2 lane that we normally use. next to it is an engineer one lane bridge. As we were approaching the bridge I heard on the radio some one say a truck flipped. Immediately after that I saw a cloud of white smoke on the bridge. We stopped our vehicle and Roberts jumped off the front of the Humvee and dropped his flack vest and kevlar. I hopped out of the passenger side and looked forward to see what happened. The first truck I saw was lying on the bank on the opposite side of the river with small flames inside. Once I established that this was one of the civilian trucks A21 I looked at the bridge. I saw a

INITIALS OF PERSON MAKING STATEMENT _ASK_          PAGE 2 OF 4 PAGES

0060

USE THIS PAGE IF NEEDED. IF THIS PAGE IS NOT NEEDED, PLEASE PROCEED TO FINAL PAGE OF THIS FORM.

STATEMENT OF __Andrew Jay Hart__ TAKEN AT __Camp Dette__ DATED __29 Apr 04__

9. STATEMENT (Continued)

Hamner sitting with his driver saw wheel off the bridge and the vehicle facing the wrong direction. As soon as I saw the Hamner I saw the drivers door open and somebody fall out into the water. At the time I didn't know for sure who it was just that they were still wearing their flak vest. I saw Roberts running towards the river between the 2 bridges. I then saw a head above the water and recognized Whitiker. Roberts jumped in after him and I ran downstream along the bank with my equipment on to provide security and help get them out of the water. A little bit down stream I saw Shook also jump in to help out. He jumped in from the opposite bank. I saw Roberts swim towards him as Whitiker bobbed in and out of the water. I saw Roberts reach Whitiker and try to grab hold of him. It looked like Roberts had a hold of him for a couple of seconds then Whitiker went back under the water. Roberts looked like he was struggling to keep himself and Whitiker above water. I heard Roberts yell to the bank "I lost him can you see him". I was scanning the water for Whitiker and could not see him. Shook then reached Roberts with a medical bag he found floating in the water. Shook gave the bag to Roberts and dove down a couple of times to try and find him. When he came back up he asked me if I could see Whitiker. I still couldn't see him. Shook swam for the shore with Roberts swiming to the shore just downstream from Shook. When Shook hit the shore he ran past me to look for Whitiker. When Roberts got closer to the bank I threw off my gear and set my weapon down and waded in to help Roberts out of the water. When I got a hold of Roberts and drug him to shore I grabbed the bag he was holding and threw it up on shore. I then got up on the bank and grabbed Roberts hand to help him out of the water. He kept saying over and over "I lost him, I lost him" while hyperventalating. I waited until 2 other people ran down to him (I think Sgt Cole + Williams) and told them to stay with him while I ran downstream to help Shook look. Neither of us saw him. Lt Steine ran down and told us to come back closer to the bridge, She was saying that with all his gear on he was heavy + wouldn't float far and we ran back and looked a little longer. We then all went back to the Hmmvi's. They had gathered out other 3 wounded into ??? When Lt steine established accountability for personal and sensitive items she briefed us on what we were going to do

INITIALS OF PERSON MAKING STATEMENT __AJH__

PAGE 3 OF 4 PAGES

0061

STATEMENT OF _Andrew Jay Karst_  TAKEN AT _Camp Delta_ DATED _29 Apr 04_

9. STATEMENT *(Continued)*

We established that SSG Rouse Rarey would stay with 1 gun truck with 3 or 4 person while we brought the other 3 injured to Scania & got help. Since I was Alert enough to drive LT put me driving SLT 26 with the 3 injured and Roberts gunning. In S+T I was John driving Scania gunning & LT Steiner TC'ing. They took Head and the whole way to Scania she was on the radio trying to get help. We got to Scania and dropped of the 3 injured at the aid station. We then proceeded towards the front gate. We picked up SFC Woodall and Lt Hodge and also 2 wreckers and 4 five ton. We proceeded back to the accident site. When we got there we pulled security with the truck. SFC Woodall got a Alit length of 550 cord from one of the Kiowa's that showed up. With the help of LT Hodge & Roberts they tied the 550 cord to SFC Woodall and he went in the water to search. I stayed at the truck manning the 240B and coordinating everything on the radio. We continued searching for approximately 2-2½ hrs until the SCO told SFC Woodall to get out of the water. We then moved to the bridge to pull security. We stayed by the bridge for security until they decided to use the gun trucks to drive downstream with 4 personnel walking to search. After the search we returned to the bridge to pull security. Allt At some point late in the evening a convoy went to Scania to pick up the dive team. Our truck stayed on point pulling security all night. At approx 1300 we got a call on the radio that the dive team found the body. After everything had been coordinated I drove SLT26 with LT Steiner TC'ing & Roberts gunning with 3 other gun trucks to Scania to escort the PLA and our dive team. After they took care of our KIA at Scania we escorted the PLA and Dive team back to Camp Delta. We got to Delta Approx 2100 and headed for the TOC. We then headed to drop the Dive team where they were staying and got back to S+T with everything taken care of Approx 2200.

---

**AFFIDAVIT**

I, _Andrew J Karst_, HAVE READ OR HAVE HAD READ TO ME THIS STATEMENT WHICH BEGINS ON PAGE 1, AND ENDS ON PAGE ___4___. I FULLY UNDERSTAND THE CONTENTS OF THE ENTIRE STATEMENT MADE BY ME. THE STATEMENT IS TRUE. I HAVE INITIALED ALL CORRECTIONS AND HAVE INITIALED THE BOTTOM OF EACH PAGE CONTAINING THE STATEMENT. I HAVE MADE THIS STATEMENT FREELY WITHOUT HOPE OF BENEFIT OR REWARD, WITHOUT THREAT OF PUNISHMENT, AND WITHOUT COERCION, UNLAWFUL INFLUENCE, OR UNLAWFUL INDUCEMENT.

_Andrew J Karst_
(Signature of Person Making Statement)

WITNESSES:

Subscribed and sworn to before me, a person authorized by law to administer oaths, this _29_ day of _April_ _2004_ at _AlKUT IRAQ_

ORGANIZATION OR ADDRESS

S+T BSS 2ACR

(Signature of Person Administering Oath)

Thomas / McC___
(Typed Name of Person Administering Oath)

LT, FSC
(Authority To Administer Oaths)

ORGANIZATION OR ADDRESS

INITIALS OF PERSON MAKING STATEMENT _AJK_   PAGE _4_ OF _4_ PAGES