IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ANTHONY WHITAKER, et al.,          *

    Plaintiffs                     *
                                        Case Number 4:05-CV-78 (CDL)
vs.                                *

KELLOGG BROWN & ROOT, INC.,        *
et al.,
                                    *

    Defendants

## J U D G M E N T

Pursuant to this Court's Order dated July 5, 2006, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiffs shall recover nothing of Defendants. Defendants shall also recover their costs of this action.

This 6th day of July, 2006.

                                      Gregory J. Leonard, Clerk


                                      S/Terrie L. Smith, Deputy Clerk